1  Philip Christian Bikle

2  1616 South Varna Street

3  Anaheim, California [92804]

4  Phone: (301) 802-9953

5  Appellant in Pro Per

6

7

8              UNITED STATES COURT OF APPEALS

9                    FOR THE NINTH CIRCUIT

10

11 | Philip C. Bikle                                  ) Case No. 14-55077

12 |         Plaintiff - Appellant,                   ) D.C. No. 8:13-cv-01662-DOC-JPR

13 | v.                                               )

14 | Officer A. Santos, in his individual capacity;   ) Request for Judicial Notice

15 | Officer Cathy Hayes, in her individual capacity; ) pursuant to Federal Rules

16 | Doe1-2, in individual capacities;                ) of Evidence (Rule 201(c)(2))

17 | Los Angeles Sheriff's Department;                )

18 | Los Angeles County;                              ) NOTICE #1

19 | City of Lakewood in Los Angeles County;          )

20 |         Defendants                               )

21

*RECEIVED MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS*
*AUG 28 2014*
*FILED____ DOCKETED____ DATE____ INITIAL____*

*COPY*

1

To all parties, please be advised that plaintiff/appellant, Philip Christian Bikle, in Pro per, moves the court in the above entitled action to take judicial notice of the following California legislative act entitled, "An act to regulate the operation of motor vehicles on public highways, and making an appropriation for the purpose of carrying out the objects of this act."

_____          _8/25/14_
Philip Christian Bikle                Date

2

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to regulate the operation of motor vehicles on public highways, and making an appropriation for the purpose of carrying out the objects of this act."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____    \_\_\_8/25/14_____

Signature                                       Date Served

Notary NOT required

<u>Name of party served</u>          <u>Address</u>

Officer A. Santos              Lakewood Station
                               5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to regulate the operation of motor vehicles on public highways, and making an appropriation for the purpose of carrying out the objects of this act."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____       5/25/14
Signature                             Date Served

Notary NOT required

<u>Name of party served</u>          Address

Officer Cathy Hayes                   Lakewood Station
                                      5130 Clark Avenue, Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to regulate the operation of motor vehicles on public highways, and making an appropriation for the purpose of carrying out the objects of this act."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          5/25/14
Signature                          Date Served

Notary NOT required

<u>Name of party served</u>           <u>Address</u>
Los Angeles County                 Kenneth Hahn Hall of Administration
                                   500 W. Temple St.
                                   Los Angeles, CA 90012

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to regulate the operation of motor vehicles on public highways, and making an appropriation for the purpose of carrying out the objects of this act."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

\_\_\_*mm*_____    \_\_\_8/25/14_____

Signature                          Date Served

Notary NOT required

<u>Name of party served</u>          <u>Address</u>

Los Angeles Sheriff's Department    John L. Scott, Sheriff
                                    Los Angeles County Sheriff's Department
                                    4700 Ramona Blvd.
                                    Monterey Park, CA 91754

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to regulate the operation of motor vehicles on public highways, and making an appropriation for the purpose of carrying out the objects of this act."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____         _8/23/14_____
Signature                          Date Served

Notary NOT required

<u>Name of party served</u>                <u>Address</u>

City of Lakewood in Los Angeles County     5050 Clark Avenue
                                           Lakewood, CA 90712

816 STATUTES OF CALIFORNIA.

## CHAPTER DCXII.

*An act to regulate the operation of motor vehicles on public highways, and making an appropriation for the purpose of carrying out the objects of this act.*

[Approved March 22, 1905.]

*The people of the State of California, represented in senate and assembly, do enact as follows:*

Motor vehicles, license tax upon.

Terms defined.

SECTION 1. Subdivision 1. The words and phrases used in this act shall, for the purposes of this act, unless the same be contrary to or inconsistent with the context, be construed as follows: (1) "'motor vehicle" shall include all vehicles propelled by any power other than muscular power, *provided* that nothing herein contained shall, except the provisions of subdivisions three, four and five of section three and subdivision one of section four of this act, apply to motor cycles, motor bicycles, traction engines or road rollers; (2) "public highways" shall include any highway, county road, state road, public street, avenue, alley, park, parkway, driveway or public place in any county, or incorporated city and county, city or town; (3) "closely built up" shall mean (*a*) the territory of any county or incorporated city and county, city or town contiguous to a public highway which is at that point built up with structures devoted to business, (*b*) the territory of any county or incorporated city and county, city or town contiguous to a public highway not devoted to business, where for not less than one quarter of a mile the dwelling-houses on such highway average less than one hundred feet apart, *provided* that the local authorities having charge of such highway shall have placed conspicuously thereon at both ends of such closely built up section signs of sufficient size to be easily readable by a person using the highway, bearing the words "Slow down to —— miles," inserting in the blank space the number of miles to which the speed is to be reduced, and also an arrow pointing in the direction where the speed is to be reduced; (4) "local authorities" shall include all boards of supervisors, trustees or councils, committees and other public officials of counties, or incorporated cities and counties, cities or towns; (5) "chauffeur" shall mean any person operating a motor vehicle as mechanic, employé or for hire.

Owner of vehicle, statement filed with secretary of state.

SEC. 2. Subdivision 1. Every person hereafter acquiring a motor vehicle shall, for every vehicle owned by him, file in the office of the secretary of state a statement of his name and address, with a brief description of the vehicle to be registered including the name of the maker, factory number, style of vehicle and motor power on a blank to be prepared and furnished by such secretary of state for that purpose; the filing fee shall be two dollars.

Subdivision 2. The secretary of state shall thereupon file such statement in his office, register such motor vehicle in a book or index to be kept for that purpose, and assign it a distinctive number. *Registration of vehicle.*

Subdivision 3. The secretary of state shall forthwith on such registration, and without other fee, issue and deliver to the owner of such motor vehicle a seal of aluminum or other suitable metal, which shall be circular in form approximately two inches in diameter, and have stamped thereon the words "Registered motor vehicle, No.———, State of California," with the registration number inserted therein; which seal shall thereafter at all times be conspicuously displayed on the motor vehicle, to which such number has been assigned. *Registration seal.*

Subdivision 4. If the vehicle has been previously registered, the certificate issued thereon shall be returned to the secretary of state and in lieu thereof such secretary shall issue to said owner a registration seal containing the number of such previous registration upon payment of a fee of one dollar. Upon the sale of a motor vehicle, the vendor, except a manufacturer or dealer, shall within ten days, return to the secretary of state the registration seal affixed to such vehicle. *If vehicle has been previously registered.*

Subdivision 5. Every motor vehicle shall also at all times have the number assigned to it displayed on the back of such vehicle in such manner as to be plainly visible, the numbers to be in arabic numerals, black on white background, each not less than three inches in height, and each stroke to be of a width not less than half an inch, and also as a part of such number the abbreviated name of the state in black on white ground, such letters to be not less than one inch in height. *Number assigned also to be displayed on back of vehicle.*

Subdivision 6. A manufacturer of or a dealer in motor vehicles shall register one vehicle of each style or type manufactured or dealt in by him, and be entitled to as many duplicate registration seals for each type or style so manufactured or dealt in as he may desire on payment of an additional fee of fifty cents for each duplicate seal. If a registration seal and the corresponding number shall thereafter be affixed to and displayed on every vehicle of such type or style as in this section provided, while such vehicle is being operated on the public highways, it shall be deemed a sufficient compliance with subdivisions one, three, five and eight of this section, until such vehicle shall be sold or let for hire. Nothing in this subdivision shall be construed to apply to a motor vehicle employed by a manufacturer or dealer for private use or for hire. *Manufacturer or dealer to register each style and is entitled to duplicate seal.* *When not to apply.*

Subdivision 7. No motor vehicle shall be used or operated upon the public highways after thirty days after this act takes effect which shall display thereon a registration seal or number belonging to any other vehicle, or a fictitious registration seal or number. *Fictitious seal or number.*

Subdivision 8. No motor vehicle shall be used or operated on the public highways after thirty days after this act takes effect, unless the owner shall have complied in all respects *Vehicle not to be operated without seal.*

52

818   STATUTES OF CALIFORNIA.

with this section, except that any person purchasing a motor vehicle from a manufacturer, dealer or other person after this act goes into effect shall be allowed to operate such motor vehicle upon the public highways for a period of five days after the purchase and delivery thereof, *provided* that during such period such motor vehicle shall bear the registration number and seal of the previous owner under which it was operated or might have been operated by him.

*Not to apply to vehicles owned by non-residents.* Subdivision 9. The provisions of this section shall not apply to motor vehicles owned by non-residents of this state and only temporarily within this state, *provided* the owners thereof have complied with any law requiring the registration of owners of motor vehicles in force in the state, territory or federal district of their residence, and the registration number showing the initial of such state, territory or federal district shall be displayed on such vehicle substantially as in this section provided.

*Rate of speed.* SEC. 3. Subdivision 1. No person shall operate a motor vehicle on a public highway at a rate of speed greater than is reasonable and proper, having regard to the traffic and use of the highway, or so as to endanger the life or limb of any person, or the safety of any property; or in any event on any public highway where the territory contiguous thereto is closely built up, at a greater rate than one mile in six minutes, or elsewhere in any incorporated city and county, city or town at a greater rate than one mile in four minutes, or elsewhere outside of any incorporated city and county, city or town, at a greater rate than one mile in three minutes; subject, however, to the other provisions of this act.

*Approaching or crossing bridge, etc. Rate of speed.* Subdivision 2. Upon approaching a bridge, dam, sharp curve, or steep descent, and also in traversing such bridge, dam, curve or descent, a person operating a motor vehicle shall have it under control and operate it at a rate of speed not exceeding one mile in fifteen minutes, and upon approaching a crossing of intersecting highways at a speed not greater than is reasonable and proper, having regard to the traffic then on such highway and the safety of the public.

*Reasonable warning of approach.* Subdivision 3. Upon appoaching a person walking in the roadway of a public highway, or a horse or horses, or other draft animals, being ridden, led or driven thereon, a person operating a motor vehicle shall give reasonable warning of its approach, and use every reasonable precaution to insure the safety of such person or animal, and, in the case of horses or other draft animals, to prevent frightening the same.

*Vehicles to be brought to a stop, when.* Subdivision 4. A person operating a motor vehicle shall, at request or on signal by putting up the hand, from a person riding, leading or driving a restive horse or horses, or other draft animals, bring such motor vehicle immediately to a stop, and, if traveling in the opposite direction, remain stationary so long as may be reasonable to allow such horse or animal to pass, and, if traveling in the same direction, use reasonable caution in thereafter passing such horse or animal;

*provided* that, in case such horse or animal appears badly frightened or the person operating such motor vehicle is requested to do so, such person shall cause the motor of such vehicle to cease running so long as shall be reasonably necessary to prevent accident and insure safety to others.

Subdivision 5. In case of accident to a person or property on the public highways, due to the operation thereon of a motor vehicle, the person operating such vehicle shall stop, and, upon request of a person injured, or any person present, give such person his name and address, and, if not the owner, the name and address of such owner. *In case of accident.*

Subdivision 6. Local authorities may, notwithstanding the other provisions of this section, set aside for a given time a specified public highway for speed tests or races, to be conducted under proper restrictions for the safety of the public. *Public highway set aside for speed tests or races.*

SEC. 4. Subdivision 1. Whenever a person operating a motor vehicle shall meet on a public highway any other person riding or driving a horse or horses or other draft animals, or any other vehicles, the person so operating such motor vehicle shall reasonably turn the same to the right of the center of such highway so as to pass without interference. Any such person so operating a motor vehicle, shall, on overtaking any such horse, draft animal or other vehicle, pass on the left side thereof, and the rider or driver of such horse, draft animal or other vehicle shall, as soon as practicable, turn to the right so as to allow free passage on the left. Any such person so operating a motor vehicle shall at the intersection of public highways, keep to the right of the intersection of the centers of such highways when turning to the right and pass to the right of such intersection when turning to the left. Nothing in this subdivision shall, however, be construed as limiting the meaning or effect of the provisions of section three of this act. *When meeting teams, etc., duty of operator. When overtaking team, etc., duty of operator.*

Subdivision 2. Every motor vehicle, while in use on a public highway shall be provided with good and efficient brakes, and also with suitable bell, horn or other signal, and be so constructed as to exhibit, during the period from one hour after sunset to one hour before sunrise, two lamps showing white lights visible within a reasonable distance in the direction towards which such vehicle is proceeding, showing the registered number of the vehicle in separate arabic numerals, not less than one inch in height and each stroke to be not less than one quarter of an inch in width, and also a red light visible in the reverse direction. *Vehicle to be provided with brakes, bell, or horn. Vehicle to be provided with lamp.*

Subdivision 3. Subject to the provisions of this act, local authorities shall have no power to pass, enforce or maintain any ordinance, rule or regulation requiring of any owner or operator of a motor vehicle any license or permit to use the public highways, or excluding or prohibiting any motor vehicle whose owner has complied with section two of this act from the free use of such highways, except such driveway, speedway or road as has been or may be expressly set apart by law for the exclusive use of horses and light carriages, or *Local ordinances not to be passed.*

except as herein provided, in any way affecting the registration or numbering of motor vehicles or prescribing a slower rate of speed than herein specified at which such vehicles may be operated, or the use of the public highways, contrary or inconsistent with the provisions of this act; and all such ordinances, rules or regulations now in force are hereby declared to be of no validity or effect; *provided, however,* that the local authorities of incorporated cities and counties, cities and towns may limit by ordinance, rule or regulation hereafter adopted the speed of motor vehicles on the public highways, on condition that such ordinance, rule or regulation shall also fix the same speed limitation for all other vehicles, such speed limitation not to be in any case less than one mile in six minutes and on further condition that such incorporated city and county, city or town shall also have placed conspicuously on each main public highway where the boundary of such municipality crosses the same and on every main highway where the rate of speed changes, signs of sufficient size to be easily readable by a person using the highway, bearing the words "Slow down to —— miles" (the rate being inserted) and also an arrow pointing in the direction where the speed is to be reduced or changed, and also on further condition that such ordinance, rule or regulation shall fix the penalties for violation thereof similar to and no greater than those fixed by such local authorities for violation of speed limitation by any other vehicles than motor vehicles, which penalties shall during the existence of the ordinance, rule or regulation supersede those specified in section six of this act, *and provided further* that nothing in this act contained shall be construed as limiting the power of local authorities to make, enforce and maintain further ordinances, rules or regulations affecting motor vehicles which are offered to the public for hire.

[marginal note: Rate of speed to be regulated by local ordinances, provided.]

[marginal note: Signs on public streets.]

[marginal note: Rate of speed in public parks.]

Subdivision 4. Local authorities may, notwithstanding the provisions of this act, make, enforce and maintain such reasonable ordinances, rules or regulations concerning the speed at which motor vehicles may be operated in any public park or parkways, but in that event, must be signs at each entrance of such park and along such parkway, conspicuously indicate the rate of speed permitted or required, and may exclude motor vehicles from any cemetery or grounds used for burial of the dead.

[marginal note: Civil suits for injuries.]

Subdivision 5. Nothing in this act shall be construed to curtail or abridge the right of any person to prosecute a civil suit for damages by reason of injuries to person or property resulting from the negligent use of the highways by a motor vehicle or its owner or his employé or agent.

[marginal note: Chauffeur, statement filed with secretary of state by.]

SEC. 5. Subdivision 1. Every person hereafter desiring to operate a motor vehicle as a chauffeur shall file in the office of the secretary of state, on a blank to be supplied by such secretary, a statement which shall include his name and address and the trade name and motive power of the motor vehicle

Case: 14-55077    08/28/2014    ID: 9224533    DktEntry: 5-1    Page: 13 of 14

or vehicles he is able to operate, and shall pay a registration fee of two dollars. <span style="float:right">Fee.</span>

Subdivision 2. The secretary of state shall thereupon file such statement in his office, register such chauffeur in a book or index to be kept for that purpose, and assign him a number. <span style="float:right">Registration of chauffeur.</span>

Subdivision 3. The secretary of state shall forthwith, upon such registration and without other fee, insure and deliver to such chauffeur a badge of aluminum or other suitable metal which shall be oval in form, and the greater diameter of which shall not be more than two inches, and such badge shall have stamped thereon the words: "Registered chauffeur, No. ———, State of California," with the registration number inserted therein; which badge shall thereafter be worn by such chauffeur pinned upon his clothing in a conspicuous place at all times while he is operating a motor vehicle upon the public highways. <span style="float:right">Registration seal of chauffeur.</span>

Subdivision 4. No chauffeur, having registered as herein provided, shall voluntarily permit any other person to wear his badge, nor shall any person while operating a motor vehicle wear any badge belonging to another person, or a fictitious badge. <span style="float:right">Seal not to be worn by another.</span>

Subdivision 5. No person shall operate a motor vehicle as a chauffeur upon the public highways after thirty days after this act takes effect, unless such person shall have complied in all respects with the requirements of this section. <span style="float:right">Vehicle not to be operated by chauffeur, when.</span>

SEC. 6. Subdivision 1. The violation of any of the provisions of this act by any owner, chauffeur or operator of any motor vehicle, shall be deemed a misdemeanor, punishable, upon conviction thereof, by a fine not exceeding one hundred dollars for the first offense, and punishable by a fine of not less than fifty dollars nor more than one hundred dollars, or imprisonment not exceeding thirty days, or both for a second offense, and punishable by a fine of not less than one hundred dollars nor more than two hundred and fifty dollars and imprisonment not exceeding thirty days for a third or subsequent offense. <span style="float:right">Violation of provisions of this act by owner, chauffeur, or operator, punishment.</span>

Subdivision 2. In case the owner of a motor vehicle shall be taken into custody because of a violation of any provision of this act, he shall be forthwith taken before the nearest justice of the peace, or police judge or court, and be entitled to an immediate hearing; and if such hearing cannot then be had, be released from custody on giving his personal undertaking to appear and answer for such violation, at such time and place as shall then be ordered, secured by the deposit of a sum equal to the maximum fine for the offense with which he is charged, or in lieu thereof, by leaving the motor vehicle owned by such person, with such justice of the peace, police judge or clerk of such police court, or, in case such justice of the peace or police judge is not accessible, be forthwith released from custody on giving his name and address to the officer making such arrest, and depositing with such officer a sum equal to the maximum fine for the offense for which such arrest is made, or in lieu thereof, by leaving the motor vehicle <span style="float:right">Owner taken into custody entitled to immediate hearing. Released from custody, when and how.</span>

822                            STATUTES OF CALIFORNIA.

owned by such person, with such officer, *provided*, that in such case the officer making such arrest shall give a receipt in writing for such sum or vehicle and by indorsement on such receipt notify such person to appear before the nearest justice of the peace or police judge or court, on the following day, naming him or it and specifying the place and hour. In case security shall be deposited, as in this subdivision provided, it shall be returned to the person depositing forthwith on such person being admitted to bail, on the surrender of any receipt or other voucher given at the time of such deposit. If such person shall fail to appear before the magistrate or court at the time ordered or specified, the amount deposited by him may be declared forfeited and disposed of as money deposited for bail in other cases, or the motor which may be so left by him may be sold at public auction by order of the justice of the peace, or police judge or court, and from the amount realized upon such sale, a sum equal to the maximum fine for the offense charged shall be disposed of in like manner, and the surplus, if any, after deducting all expenses incurred in keeping or sale of such motor vehicle be returned to such owner on demand, but no such forfeiture and disposition of such security shall in anywise impair the jurisdiction of such justice of the peace, police judge or court to hear and determine any such charge made against such owner, or to inflict, upon conviction thereof, any punishment prescribed by this act.

*Margin notes:* Return of security in case admitted to bail. Deposit declared forfeited, when. Vehicle sold, when.

SEC. 7. The amount of fees received by the secretary of state, as in this act provided, shall be paid into the state treasury, to be paid into the general fund of the state.

*Margin note:* Fees received by secretary of state, disposition of.

SEC. 8. There is hereby appropriated out of any money in the state treasury not otherwise appropriated, the sum of twenty thousand dollars ($20,000.00), for the purpose of carrying out the objects of this act, to be used by the secretary of state in the employment of the necessary clerk or clerks; the purchase of the necessary stationery, books, and postage; for the necessary incidental expenses; for the purchase of the necessary seals and badges; for printing, ruling, binding, and all other work performed and materials used by the state printing office, to be used during the balance of the fifty-sixth, and during the fifty-seventh and fifty-eighth fiscal years. The state controller is hereby directed to draw his warrant for any claim against said sum, the same having been approved by the state board of examiners, and the state treasurer is hereby directed to pay the same.

*Margin note:* Appropriation.

SEC. 9. All acts and parts of acts inconsistent herewith or contrary hereto are, so far as they are inconsistent or contrary, hereby repealed.

SEC. 10. This action shall take effect immediately.