Philip Christian Bikle

1616 South Varna Street

Anaheim, California [92804]

Phone: (301) 802-9953

Appellant in Pro Per

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 28 2014

FILED
DOCKETED
DATE INITIAL

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Philip C. Bikle | ) Case No. 14-55077 |
| Plaintiff - Appellant, | ) D.C. No. 8:13-cv-01662-DOC-JPR |
| v. | ) |
| Officer A. Santos, in his individual capacity; | ) Request for Judicial Notice |
| Officer Cathy Hayes, in her individual capacity; | ) pursuant to Federal Rules |
| Doe1-2, in individual capacities; | ) of Evidence (Rule 201(c)(2)) |
| Los Angeles Sheriff's Department; | ) |
| Los Angeles County; | ) NOTICE #2 |
| City of Lakewood in Los Angeles County; | ) |
| Defendants | ) |

COPY

To all parties, please be advised that plaintiff/appellant, Philip Christian Bikle, In Pro per, moves the court in the above entitled action to take judicial notice of the following California legislative act entitled, "An act to regulate the use and operation of vehicles upon the public highways and elsewhere; to provide for the registration and identification of motor vehicles and for the payment of registration fees therefore; to provide for the licensing of persons operating motor vehicles; to prohibit certain persons from operating vehicles upon the public highways; to prohibit the possession or use of a motor vehicle without the consent of the owner thereof, and to prohibit the offer to or acceptance by certain persons of any bonus or discount or other consideration for the purchase of supplies or parts for motor vehicles, or for work or repairs done thereon; to provide penalties for violations of provisions of this act, and to provide for the disposition of fines and forfeitures imposed thereon; to provide for the disposition of registration and license fees, fines and forfeitures collected hereunder; to provide for carrying out the objects of this act and to make an appropriation and to create a revolving fund therefore; and to repeal all acts or parts of acts either in conformity or in conflict with this act." ______________________ 8/25/14 ______________

Philip Christian Bikle Date

# CERTIFICATE OF SERVICE

Case Name: Philip Bikle v. A. Santos, et al

9th Cir. Case No.: 14-55077

I certify that 2 copies of the document: "An act to regulate the use and operation of vehicles upon the public highways and elsewhere; to provide for the registration and identification of motor vehicles and for the payment of registration fees therefore; to provide for the licensing of persons operating motor vehicles; to prohibit certain persons from operating vehicles upon the public highways; to prohibit the possession or use of a motor vehicle without the consent of the owner thereof, and to prohibit the offer to or acceptance by certain persons of any bonus or discount or other consideration for the purchase of supplies or parts for motor vehicles, or for work or repairs done thereon; to provide penalties for violations of provisions of this act, and to provide for the disposition of fines and forfeitures imposed thereon; to provide for the disposition of registration and license fees, fines and forfeitures collected hereunder; to provide for carrying out the objects of this act and to make an appropriation and to create a revolving fund therefore; and to repeal all acts or parts of acts either in conformity or in conflict with this act."

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

| | |
|---|---|
| [signature] | 3/25/14 |
| Signature | Date Served |

Notary NOT required

| Name of party served | Address |
|---|---|
| Officer A. Santos | Lakewood Station<br>5130 Clark Avenue, Lakewood, CA 90712 |

# CERTIFICATE OF SERVICE

Case Name: Philip Bikle v. A. Santos, et al

9th Cir. Case No.: 14-55077

I certify that 2 copies of the document: "An act to regulate the use and operation of vehicles upon the public highways and elsewhere; to provide for the registration and identification of motor vehicles and for the payment of registration fees therefore; to provide for the licensing of persons operating motor vehicles; to prohibit certain persons from operating vehicles upon the public highways; to prohibit the possession or use of a motor vehicle without the consent of the owner thereof, and to prohibit the offer to or acceptance by certain persons of any bonus or discount or other consideration for the purchase of supplies or parts for motor vehicles, or for work or repairs done thereon; to provide penalties for violations of provisions of this act, and to provide for the disposition of fines and forfeitures imposed thereon; to provide for the disposition of registration and license fees, fines and forfeitures collected hereunder; to provide for carrying out the objects of this act and to make an appropriation and to create a revolving fund therefore; and to repeal all acts or parts of acts either in conformity or in conflict with this act."

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

[signature] 8/25/14

Signature Date Served

Notary NOT required

| Name of party served | Address |
|---|---|
| Officer Cathy Hayes | Lakewood Station<br>5130 Clark Avenue, Lakewood, CA 90712 |

# CERTIFICATE OF SERVICE

Case Name: Philip Bikle v. A. Santos, et al

9th Cir. Case No.: 14-55077

I certify that 2 copies of the document: "An act to regulate the use and operation of vehicles upon the public highways and elsewhere; to provide for the registration and identification of motor vehicles and for the payment of registration fees therefore; to provide for the licensing of persons operating motor vehicles; to prohibit certain persons from operating vehicles upon the public highways; to prohibit the possession or use of a motor vehicle without the consent of the owner thereof, and to prohibit the offer to or acceptance by certain persons of any bonus or discount or other consideration for the purchase of supplies or parts for motor vehicles, or for work or repairs done thereon; to provide penalties for violations of provisions of this act, and to provide for the disposition of fines and forfeitures imposed thereon; to provide for the disposition of registration and license fees, fines and forfeitures collected hereunder; to provide for carrying out the objects of this act and to make an appropriation and to create a revolving fund therefore; and to repeal all acts or parts of acts either in conformity or in conflict with this act."

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

Signature | Date Served: 8/20/14

Notary NOT required

| Name of party served | Address |
|---|---|
| Los Angeles County | Kenneth Hahn Hall of Administration<br>500 W. Temple St.<br>Los Angeles, CA 90012 |

# CERTIFICATE OF SERVICE

Case Name: Philip Bikle v. A. Santos, et al

9th Cir. Case No.: 14-55077

I certify that 2 copies of the document: "An act to regulate the use and operation of vehicles upon the public highways and elsewhere; to provide for the registration and identification of motor vehicles and for the payment of registration fees therefore; to provide for the licensing of persons operating motor vehicles; to prohibit certain persons from operating vehicles upon the public highways; to prohibit the possession or use of a motor vehicle without the consent of the owner thereof, and to prohibit the offer to or acceptance by certain persons of any bonus or discount or other consideration for the purchase of supplies or parts for motor vehicles, or for work or repairs done thereon; to provide penalties for violations of provisions of this act, and to provide for the disposition of fines and forfeitures imposed thereon; to provide for the disposition of registration and license fees, fines and forfeitures collected hereunder; to provide for carrying out the objects of this act and to make an appropriation and to create a revolving fund therefore; and to repeal all acts or parts of acts either in conformity or in conflict with this act."

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

Signature | Date Served: 8/23/14

Notary NOT required

| Name of party served | Address |
| --- | --- |
| Los Angeles Sheriff's Department | John L. Scott, Sheriff<br>Los Angeles County Sheriff's Department<br>4700 Ramona Blvd.<br>Monterey Park, CA 91754 |

# CERTIFICATE OF SERVICE

Case Name: Philip Bikle v. A. Santos, et al

9th Cir. Case No.: 14-55077

I certify that 2 copies of the document: "An act to regulate the use and operation of vehicles upon the public highways and elsewhere; to provide for the registration and identification of motor vehicles and for the payment of registration fees therefore; to provide for the licensing of persons operating motor vehicles; to prohibit certain persons from operating vehicles upon the public highways; to prohibit the possession or use of a motor vehicle without the consent of the owner thereof, and to prohibit the offer to or acceptance by certain persons of any bonus or discount or other consideration for the purchase of supplies or parts for motor vehicles, or for work or repairs done thereon; to provide penalties for violations of provisions of this act, and to provide for the disposition of fines and forfeitures imposed thereon; to provide for the disposition of registration and license fees, fines and forfeitures collected hereunder; to provide for carrying out the objects of this act and to make an appropriation and to create a revolving fund therefore; and to repeal all acts or parts of acts either in conformity or in conflict with this act."

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

| [signature] | 8/21/14 |
|---|---|
| Signature | Date Served |

Notary NOT required

| Name of party served | Address |
|---|---|
| City of Lakewood in Los Angeles County | 5050 Clark Avenue<br>Lakewood, CA 90712 |

Case: 14-55077 08/28/2014 ID: 9224533 DktEntry: 5-2 Page: 8 of 25

## CHAPTER 326.

*An act to regulate the use and operation of vehicles upon the public highways and elsewhere; to provide for the registration and identification of motor vehicles and for the payment of registration fees therefor; to provide for the licensing of persons operating motor vehicles; to prohibit certain persons from operating vehicles upon the public highways; to prohibit the possession or use of a motor vehicle without the consent of the owner thereof, and to prohibit the offer to or acceptance by certain persons of any bonus or discount or other consideration for the purchase of supplies or parts for motor vehicles, or for work or repair done thereon; to provide penalties for violations of provisions of this act, and to provide for the disposition of fines and forfeitures imposed thereon; to provide for the disposition of registration and license fees, fines and forfeitures collected hereunder; to provide for carrying out the objects of this act and to make an appropriation and to create a revolving fund therefor; and to repeal all acts or parts of acts either in conformity or in conflict with this act.*

[Approved May 31, 1913. In effect December 31, 1913.]

*The people of the State of California do enact as follows:*

Definitions.

SECTION 1. The words and phrases used in this act shall, for the purposes of this act, unless the same be contrary to or inconsistent with the context, be construed as follows: (1) "motor vehicle" shall include all vehicles propelled otherwise than by muscular power, except such vehicles as run upon rails or tracks; (2) "automobile" shall include all motor vehicles excepting motorcycles; (3) "motorcycle" shall include all motor vehicles designed to travel on not more than three wheels in contact with the ground and upon which the rider sits astride; (4) "public highways" shall include any highway, county road, state highway or state road, public street, avenue, alley, park, parkway, driveway, or public place in any county or incorporated city and county, city or town; (5) "business district" shall mean the territory of any county or incorporated city and county, city or town, contiguous to public highway, which is at that point mainly built up with structures devoted to business; (6) "closely built up" shall mean the territory of any county or incorporated city and county, city or town, contiguous to a public highway not devoted to business where for not less than a quarter of a mile, the dwelling houses on such highway average less than one hundred feet apart; *provided,* that the local authorities having charge of such highway shall have placed conspicuously thereon at both ends of such closely built up section signs of sufficient size to be easily readable by a person using the highway, bearing the words "Slow down to miles" (inserting

Definitions.

in the blank space preceding the word "miles" the rate of speed prescribed by law and also an arrow pointing in the direction of the territory where the speed is to be reduced); (7) "local authorities" shall include all boards of supervisors, trustees or councils, committees, and other public officials of counties, incorporated cities and counties, cities or towns; (8) "chauffeur" shall mean any person who operates a motor vehicle, and who directly or indirectly receives pay or any compensation whatsoever for such operation, or for any work or service in connection with motor vehicles, excepting only manufacturers, agents, proprietors of garages, and dealers who do not operate for hire; *provided, however,* that an employee of a manufacturer or of a dealer whose principal occupation is that of a salesman shall be exempted from this definition and shall be designated as an operator; *provided, further,* that a person operating a motorcycle shall not be considered as a chauffeur unless such motorcycle is of greater weight than four hundred pounds unladen; (9) the term "state" as used in this act, except where otherwise expressly provided, shall also include the territory, federal districts and insular possessions of the United States; (10) "non-residents" shall apply to residents of other states or countries having no regular place of abode or business in this state for a period of more than three months in the calendar year; (11) "owner" shall also include any person, firm, association, or corporation renting a motor vehicle or having the exclusive use thereof under a lease or otherwise; (12) "manufacturer" or "dealer" shall signify a person, firm, association, or corporation having in his, its or their posesssion motor vehicles for sale or trade and for use and operation pursuant thereto, and shall be considered owners of motor vehicles manufactured or dealt in by them for the purposes of this act, prior to sale and delivery thereof, and of all motor vehicles in their possession and operated by them or by their employees; (13) "garage" shall mean every place of business where motor vehicles are received for housing or storage for compensation, and excepting only such places in which motor vehicles are kept by the owners thereof, not being dealers, without payment for storage; (14) "magistrate" shall be deemed and understood to mean and include all justices of the peace, judges of city or city and county criminal courts, police justices, city recorders, mayors, and all other officers having the powers of a committing magistrate; (15) "intersecting highway" shall mean any highway which joins another at an angle, whether or not it crosses the other; (16) "operator" shall mean any person other than a chauffeur, who operates a motor vehicle; (17) "person" shall include any corporation, association, copartnership, company, firm, or other aggregation of individuals which owns or controls any motor vehicle as owner, or for the purpose of sale, or for renting as agent, salesman or otherwise. Department as used in this act shall mean the state department of engineering.

Case: 14-55077 08/28/2014 ID: 9224533 DktEntry: 5-2 Page: 10 of 25

SEC. 2. Fire engines and fire patrol apparatus, police patrol wagons, municipal or county ambulances and such self-propelling vehicles as are used neither for the conveyance of persons for hire, pleasure, or business, nor for the transportation of freight, such as road rollers, street or road sprinklers and traction engines, are excepted from the provisions of this act, except where otherwise expressly provided.

Fire engines, etc., excepted.

SEC. 3. Every owner of a motor vehicle which shall be operated or driven upon the public highways of this state shall for each motor vehicle owned, except as herein otherwise expressly provided, cause to be filed by mail or otherwise with the state treasurer or his duly authorized agent, an application for registration on a blank to be furnished by the state department of engineering for that purpose, containing, in addition to such other particulars as may be required by the said department, a statement of the name, place of residence and address of the applicant, with a brief description of the motor vehicle, including the name of the maker, the number, if any, affixed by the maker, the character of the motor power and the amount of such motor power stated in figures of horsepower; and with such application shall be deposited the proper registration fee as provided in section seven of this act.

Application for registration filed with state treasurer.

SEC. 4. Upon the receipt of an application for registration of a motor vehicle as provided in this act, the state treasurer shall transmit the same to the said department with the endorsement thereon that the fee required by section seven of this act has been paid to him or his duly authorized agent and thereupon the said department or its duly authorized agent, if satisfied that the proper fee has been paid, shall file such application and shall alphabetically, and also numerically, register such motor vehicle or vehicles with the name, residence and business address of the owner, manufacturer, or dealer, as the case may be, together with the facts stated in such application, in a book or on index cards to be kept for the purpose under a distinctive number assigned to such motor vehicle by the said department or its duly authorized agent, which book or index cards shall be open to inspection by the public during reasonable business hours.

Application transmitted to department of engineering.

Vehicles registered.

SEC. 5. Upon the filing of such application and the payment of the fees provided in this act, the said department or its duly authorized agent shall assign to such motor vehicle a distinctive number, and shall issue and deliver to the owner or applicant a seal of aluminum, or other suitable metal, in such form as may be selected by the said department, not less than two inches in its shortest diameter, having stamped thereon the words "Registered Motor Vehicle No. —, Cal., 19—," with the registration number and the year for which such seal is issued inserted therein, the form of which seal shall be uniform for any one year, and may be altered by the said department from year to year; which seal shall thereafter at all times be conspicuously displayed on the motor vehicle to which the number has been assigned; *provided, further,* that in the event

Number given each vehicle.

Seal.

Duplicate.

Case: 14-55077 08/28/2014 ID: 9224533 DktEntry: 5-2 Page: 11 of 25

of the loss, mutilation or destruction of any such seal, the owner of a registered motor vehicle may obtain from the said department or its duly authorized agent a duplicate thereof upon filing with the said department or its duly authorized agent an affidavit showing the facts and upon the payment of the fee provided herein for such duplicate.

Annual registration.

SEC. 6. Such registration shall be renewed annually in the same manner and upon payment of the same fee as provided for original registration, such renewal to take effect on the first day of January of each year. Number plates and seals furnished by the said department as provided by this act shall be valid only for the calendar year for which they are issued.

Fees.

SEC. 7. The state treasurer shall collect fees as follows: For the registration of every motorcycle, including the right of the owner thereof to operate the vehicle, two dollars. For the registration of every automobile of less than twenty horsepower, five dollars. For the registration of every automobile of twenty horsepower and above, but less than thirty horsepower, ten dollars. For the registration of every automobile of thirty horsepower and above, but less than forty horsepower, fifteen dollars. For the registration of every automobile of forty horsepower and above, but less than fifty horsepower, twenty dollars. For the registration of every automobile of fifty horsepower and above, but less than sixty horsepower, twenty-five dollars. For the registration of every automobile of sixty horsepower and above, thirty dollars. For the registration of motor vehicles owned by or under the control of a manufacturer of or dealer in motor vehicles, if such persons operate upon the public highways not more than five automobiles, fifty dollars. and ten dollars for every automobile in excess of five so operated. For the registration of all of the motorcycles owned by or under the control of a manufacturer of or dealer in motorcycles who does not manufacture or deal in automobiles, including five seals to be furnished with the certificates of registration, five dollars. For the registration of every automobile and of the motor vehicles owned by or under the control of a manufacturer of or dealer in motor vehicles, who applies therefor during the period beginning with the first day of August and ending on the thirty-first day of December, in any year, one half of the foregoing fees. For the substitution of the registration of an automobile for that of a vehicle previously registered in accordance with the provisions of this act, two dollars. For the substitution of the registration of a motorcycle for that of a motorcycle previously registered in accordance with this act, one dollar. For every original chauffeur's license, two dollars. For the renewal of any chauffeur's license to operate automobiles, two dollars. For every additional seal of registration or license, fifty cents. For every additional number plate furnished to replace such plates as have been lost or mutilated, or which are illegible, and for every additional

Dealers.

Substitution of registration.

Chauffeur's license.

Additional seals.

number plate furnished to a manufacturer of or dealer in motor vehicles whose business requires more than five pairs of such plates, seventy-five cents. For every additional seal furnished to replace such seals as have been lost or mutilated, or which are illegible, and for every seal furnished to a manufacturer of or dealer in automobiles for use on motorcycles owned by or under the control of such persons, fifty cents; *provided, however,* that the state department of engineering may furnish without charge copies of seals of registration and licenses to operate, and copies of other documents relating thereto, to officers of the state or of any court thereof or of a city or town therein.

To state officers.

SEC. 8. Upon the transfer of ownership of any motor vehicle its registration shall expire, and the person in whose name such vehicle is registered shall forthwith return the seal of registration to the state treasurer with a written notice containing the date of such transfer of ownership and the name, place of residence and address of the new owner. A person who transfers the ownership of a registered motor vehicle owned by him to another, upon the filing of a new application and upon payment of the proper fees, may have registered in his name another motor vehicle for the remainder of the calendar year; *provided,* the horsepower of such motor vehicle is the same as that of the motor vehicle first registered by him, or if the vehicle sought to be registered is a motorcycle; but if the horsepower of the automobile is greater than that of the automobile first registered by him, the applicant shall pay, in addition to the said fee, the difference between the fee paid by him for the said vehicle first registered and the fee for the registration of an automobile of the higher horsepower, as provided in section seven of this act. A person who before the first day of August in any calendar year transfers the ownership or loses possession of an automobile registered in his name and who applies for the registration of another motor vehicle of less horsepower than that of the vehicle so transferred shall be entitled, upon payment of the proper fees set forth in section seven of this act, to a rebate equivalent to one half the difference between the respective fees for the higher and lower horsepowers, and a person under like conditions who does not apply for the registration of another automobile but who on or before the first day of September in the same calendar year files in the office of the state treasurer a written application for rebate shall be entitled to a rebate of one half the fee paid for the registration of such vehicle; *provided, however,* that no such rebate shall be paid except upon a certificate filed with the state board of control, setting forth the facts, and signed by the state department of engineering, and that the rebate shall be paid out of the motor vehicle fund. The said department at its discretion, may assign to the motor vehicle of any person who surrenders his registration seal as herein provided and who desires to register another motor vehicle, the register number of the motor vehicle described in the surrendered seal. The said depart-

Expiration of registration on transfer of vehicle.

Rebates.

Reassignment of numbers.

Number plates.

ment shall furnish without charge to every person whose automobile is registered as aforesaid, who shall apply therefor two number plates of suitable design, each number plate to have displayed upon it the register number assigned to such vehicle, and one number plate of suitable design shall likewise be furnished by the said department for every motorcycle. If the said department shall determine at any time that for any reason a motor vehicle is unsafe or improperly equipped or otherwise unfit to be operated, it may refuse to register such vehicle, and said department may for a like reason revoke any registration already recorded. The horsepower of every automobile sought to be registered shall be determined by the said department, and such determination shall be final and conclusive. The registration of every motor vehicle shall expire at midnight upon the thirty-first day of December in each year.

Refusal to register unsafe machines.

Horse-power.

Expiration of registration.

General distinguishing mark for dealers.

SEC. 9. Every manufacturer of or dealer in motor vehicles may make application to the state treasurer or his duly authorized agent, by mail or otherwise, upon a blank provided by the department of engineering for a general distinguishing number or mark, instead of registering each motor vehicle owned or controlled by him, and with such application shall be deposited the proper registration fee, as provided in section seven of this act; and the said department may grant the application, if satisfied of the facts stated in the application, and issue to the applicant a certificate of registration containing the name and business address of the applicant and the general distinguishing number or mark assigned to him, and made in such form and containing such further information as the said department may determine; and all motor vehicles owned or controlled by such manufacturer or dealer shall be regarded as registered under such general distinguishing number or mark until sold or let for hire or loaned for a period of more than ten successive days. The said department shall furnish transportation charges to the address of any applicant within the state prepaid, without charge to every manufacturer of or dealer in automobiles whose vehicles are registered in accordance with the provisions of this section five pairs of number plates of suitable design, the plates to have displayed upon them the register number which is assigned to the motor vehicles of such manufacturer or dealer, with a different letter or letters or mark on each pair of number plates.

Not applicable to non-residents.

SEC. 10. The provisions of this act, whether hereinbefore or hereinafter contained, relative to registration and the display of registration or license numbers, shall not apply to a motor vehicle owned by a non-resident of this state who is only temporarily within this state, other than a foreign corporation doing business in this state; *provided*, that the owner thereof shall have complied with the provisions of the law of the foreign country or state of his residence relative to motor vehicles and the registration and operation thereof, and shall conspicuously display upon said motor vehicle, while operated upon the public highways of this state, his registration num-

Case: 14-55077 08/28/2014 ID: 9224533 DktEntry: 5-2 Page: 14 of 25

ber as required by the provisions of the laws of said foreign country or state; *and provided, further,* that the registration number plate of such other country or state shall be displayed on such motor vehicle substantially as provided in this act for motor vehicles registered pursuant to the provisions hereof.

Number plates must be displayed.

SEC. 11. No person shall operate or drive a motor vehicle on the public highways of this state unless such vehicle shall at all times have the distinctive number assigned to it by the said department or its duly authorized agent conspicuously displayed both on the front of said vehicle and at the back thereof, upon a number plate of such size, form and character as provided by the said department securely fastened to such vehicle so as to prevent the same from swinging, at a minimum distance of sixteen inches from the ground; and no person shall attach to or display on such vehicle any number plate or seal assigned to it under any motor vehicle law than this act, or any other number plate or seal than that assigned for the current year, or a fictitious number plate or seal; *provided,* that one number plate shall be displayed upon every motorcycle in a conspicuous position securely fastened to the rear wheel guard of such motorcycle, or other secure position at the rear thereof, so as to be plainly visible; *and provided, further,* that all letters, numbers, seals, and other identification marks shall be kept clear and distinct, and free from grease, dust or other blurring matter, so that they shall be plainly visible at all times during daylight and under artificial light in the night time.

On motorcycles.

Numbers kept clear.

Gongs, horns, bells, etc.

SEC. 12. Every motor vehicle shall be equipped with a bell, gong, horn, whistle or other device in good working order, capable of emitting an abrupt sound adequate in quality and volume to give warning of the approach of such vehicle to pedestrians and to the riders or drivers of animals or of other vehicles and to persons entering or leaving street, interurban and railroad cars. No person shall sound such bell, gong, horn, whistle or other device for any purpose except as a warning of danger.

Lights on automobiles.

SEC. 13. (*a*) Every motor vehicle other than a motorcycle while in use shall carry during the period from a half hour after sunset to a half hour before sunrise, and at all times when fog or other atmospheric conditions render the operation of vehicles unusually dangerous to the traffic and use of the highway, at least two lighted lamps showing white lights visible under normal atmospheric conditions at least five hundred feet in the direction toward which said motor vehicle is proceeding, and shall also carry at the rear of each motor vehicle a lighted lamp exhibiting one red light plainly visible for a distance of five hundred feet toward the rear, and so placed that the number carried on the rear of such motor vehicle shall be illuminated by a white light in such manner that such number can be plainly distinguished under normal atmospheric conditions at a distance of not less than fifty feet in the reverse direction to which such vehicle is proceeding.

On motorcycles.

(*b*) Every motorcycle while in use shall carry during the period from a half hour after sunset to a half hour before sunrise and whenever fog, or other atmospheric conditions, render the use of the highway by vehicles unusually dangerous to the traffic and use of the highway, at least one lighted lamp showing a white light visible under normal atmospheric conditions at least two hundred feet in the direction toward which the motorcycle is proceeding, and shall also carry at the rear of such motorcycle one red light or one red reflex mirror plainly visible from the rear.

Brakes.

SEC. 14. All motor vehicles must be provided at all times with adequate brakes kept in good working order.

Studs, etc., on tires.

SEC. 15. No tire on any motor vehicle or on any other vehicle shall have on its periphery any block, stud, cleat. ridge, bead or any other protuberance of metal which projects more than one fourth of an inch beyond the tread or traction surface of the tire, but this section shall not be so construed as to prohibit the use of tire chains of reasonable proportions on motor vehicles when required for safety because of snow, ice, or other conditions tending to cause such vehicles to slide or skid, nor so as to prevent the use of traction engines with cleats on the driving wheels thereof on dirt or unimproved roads.

Chains.

Mufflers, etc.

SEC. 16. Every motor vehicle must have devices in good working order which shall be at all times in constant operation to prevent excessive or unusual noise, annoying smoke and the escape of gas, steam or oil, as well as the falling out of residue from fuel, and all exhaust pipes carrying exhaust gases from the engine shall be directed parallel to the ground or slightly upward. Devices known as "muffler cut-outs" shall not be used within the limits of any incorporated city and county or city within the state.

Intoxicated drivers.

SEC. 17. No intoxicated person shall operate or drive a motor or other vehicle upon any public highway within this state.

Owner's consent.

SEC. 18. No person shall operate a motor vehicle without the consent of the owner thereof.

Chauffeurs must be licensed.

SEC. 19. No person shall employ for hire as a chauffeur of a motor vehicle any person not licensed as in this act provided. No person shall allow a motor vehicle owned by him or under his control to be operated by any person who has no legal right to do so, or in violation of the provisions of this act. No person having control or charge of a motor vehicle shall allow such vehicle to stand in any public street or public highway unattended without first locking or making it fast or effectively setting the brakes thereon, and stopping the motor of said vehicle.

Operation on highway.

SEC. 20. (*a*) The driver or operator of any vehicle in or upon any public highway shall drive or operate such vehicle in a careful manner with due regard for the safety and convenience of pedestrians and all other vehicles or traffic upon such highway, and wherever practicable shall

Case: 14-55077 08/28/2014 ID: 9224533 DktEntry: 5-2 Page: 16 of 25

travel on the right hand side of such highway. When two vehicles are passing each other in opposite directions they shall have the right of way, and no other vehicle to the rear of either of such two vehicles shall pass or attempt to pass such two vehicles, and on all occasions the driver or operator of any vehicle, in or upon any public highway shall travel upon the right half of such highway when the road ahead on the left-hand side is not clear and unobstructed for at least one hundred yards, and for the purposes of this section the term "vehicle" shall include every wagon, hack, coach, carriage, omnibus, push-cart, bicycle, tricycle, automobile, sleigh, or other conveyance, except baby carriages, railroad, street and interurban railway cars, in whatever manner or by whatever force or power the same may be ridden, driven or propelled, which is or may be used for or adapted to pleasure riding or the transportation of passengers, baggage, merchandise or freight, upon the highway.

Vehicles passing in opposite directions.

"Vehicle" defined.

(*b*) Vehicles proceeding in opposite directions shall pass each other to the right, giving as nearly as possible one half the road to each.

(*c*) Vehicles overtaking other vehicles proceeding in the same direction shall pass to the left thereof and shall not again drive to the right until reasonably clear of such overtaken vehicle.

Passing in same direction.

(*d*) It shall be the duty of the driver, rider or operator of a vehicle about to be overtaken to give way to the right in favor of the overtaking vehicle, on suitable and audible signal being given by or on behalf of the operator, driver or other person in charge and control of such overtaking vehicle if such overtaking vehicle be a motor vehicle.

Duty of driver passed.

(*e*) Excepting where controlled by such traffic ordinances or regulations enacted by local authorities as are permitted under this act vehicles approaching an intersecting road, street or highway shall be under control by the operators thereof so as to permit the vehicle on the right of the vehicle approaching to first cross such intersecting road, street or highway.

At intersecting roads.

(*f*) It shall be the duty of the person operating or in charge of an overtaking vehicle to sound audible and suitable signal before passing a vehicle proceeding in the same direction.

Signal of passing vehicle.

(*g*) All vehicles approaching an intersection of a street, road or highway, with the intention of turning thereat shall in turning to the right keep to the right of the center of such intersection and in turning to the left shall run to and beyond the center of such intersection, passing to the right thereof before turning such vehicle toward the left.

Turning at intersections.

(*h*) In all passing and overtaking such assistance shall be given by the occupants of each vehicle respectively to the other as the circumstances shall reasonably demand in order to obtain clearance and avoid accidents; every person having control or charge of any motor vehicle or other vehicle upon any public highway and approaching any vehicle drawn by a horse or horses, or any horse upon which any person is riding,

Precaution against frightening horses.

shall operate, manage and control such motor vehicle or other vehicle in such manner as to exercise every reasonable precaution to prevent the frightening of any such horse or horses and to insure the safety and protection of any person riding or driving the same; and if such horse or horses appear frightened the person in control of such motor vehicle or other vehicle shall reduce its speed, and if requested by signal or otherwise by the driver or rider of such horse or horses shall not proceed further toward such animal or animals unless such movement be necessary to avoid accident or injury until such animal or animals be under the control of their driver or rider.

Slowly moving vehicles, to the right.

(*i*) The person in control of any vehicle moving slowly along and upon any public highway shall keep such vehicle as closely as practicable to the right hand boundary of the highway, allowing more swiftly-moving vehicles reasonably free passage to the left.

Turning, stopping, etc., on highway.

(*j*) The person in charge of any vehicle in or upon any public highway shall, before turning, stopping or changing the course of such vehicle, and before turning such vehicle when starting the same, first see that there is sufficient space for such movement to be made in safety, and if the movement or operation of other vehicles may reasonably be affected by such turning, stopping or changing of course, shall give plainly visible or audible signal to the persons operating, driving or in charge of such vehicles of his intention so to turn, stop or change his course.

Passing street cars.

(*k*) In passing railroad, interurban or street cars operated in any city, town or village in this state, vehicles shall be operated with due care and caution so that the safety of passengers alighting from or boarding such car shall be protected, and for that purpose said vehicle shall be brought to a full stop if reasonably necessary to attain the objects of this subdivision.

Motor vehicles on mountain roads.

(*l*) Every motor vehicle when moving in defiles, canyons or mountain passes where the curvature of the road or highway prevents a clear view for a distance of one hundred yards shall be held under control and not permitted to coast and the operator thereof in approaching curves shall give a warning of his approach with frequent blasts or strokes of horn, bell, whistles, gong or other adequate signaling device, and upon all curves to the right shall keep to the inside of said curve and upon all curves to the left shall keep to the outside of said curve.

Police patrol, fire engines, etc., have right of way.

(*m*) Police patrol wagons, police ambulances, fire patrols, fire engines and fire apparatus shall in all cases while being operated as such, have right of way, with due regard to the safety of the public; but this provision shall not protect the driver or operator of any such vehicle or his employer or principal from the consequence of the arbitrary exercise of this right or for injuries wilfully inflicted.

Traction engines.

(*n*) *Provided*, that this section shall apply also to traction

engines, road rollers and to other self-propelling vehicles, excepting as in this article specifically excepted, where used neither for the conveyance of persons for hire, pleasure or business, nor for the transportation of freight.

In case of accident.

SEC. 21. In case of accident or injury to person or property on the public highways due to the operation thereon of any vehicle the person operating, driving or otherwise in control of the same shall stop, and upon request of the person injured or whose property has suffered injury, or any other person present, shall give such person his name and address and the registration number of his vehicle if it be a motor vehicle and if such person operating, driving or otherwise in control of such vehicle is not the owner thereof, his license number, if he is an operator or chauffeur, and the name and address of the owner of such vehicle.

No road races without permission.

SEC. 22. (*a*) No races or contests for speed, whether on a bet or wager or otherwise, shall be held upon any public highway within this state without the permission of the proper authorities of the state, county, city and county, city or town, having jurisdiction over such portion of the highway as is intended to be used for such race or contest, and unless such highway is fully and efficiently patrolled for the entire distance over which such race or contest for speed is to be held.

Rate of speed.

(*b*) Every person operating or driving a motor or other vehicle on the public highways of this state shall operate or drive the same in a careful and prudent manner and at a rate of speed not greater than is reasonable and proper, having regard to the traffic and use of the highway, and no person shall operate or drive a motor or other vehicle on a public highway at such rate of speed as to endanger the life or limb of any person or the safety of any property; *provided*, that it shall be unlawful to drive at a rate of speed in excess of thirty miles an hour; *and provided, further*, that in any event no person shall operate or drive a motor or other vehicle on any public highway where the territory contiguous thereto is closely built up, at a greater rate of speed than one mile in three minutes, or in the business district of any incorporated city and county, city or town, at a greater rate than one mile in four minutes, or at a greater rate of speed than one mile in six minutes where the operator's or chauffeur's view of the road traffic is obstructed either upon approaching an intersecting way, or in traversing a crossing or intersection of ways, or in approaching or traversing a bridge, dam, trestle, causeway or viaduct, or in going around corners or a curve in a street or highway.

Suspension or revocation of registration for cause.

SEC. 23. The state engineering department may suspend or revoke the registration of any motor vehicle or the license issued to any person under the provisions of this act, after due hearing, for any cause which it may deem sufficient, and may order the seal and number plate or license to be delivered to it whenever it appears upon hearing that the holder thereof is an improper or incompetent person to operate motor vehicles, or is operating a motor vehicle improperly or so as to endanger

the public; and neither the registration seal nor the license shall be reissued unless, after a hearing, the said department determines that the operator or chauffeur should again be permitted to operate.

Application, form, etc., of license.

SEC. 24. Application to operate motor vehicles may be made by mail or otherwise to the state treasurer upon blanks prepared by the state department of engineering. The fees provided in section seven shall accompany the application. To each person shall be assigned some distinguishing number or mark and the licenses issued shall be in such form as the said department may determine; they shall contain the distinguishing number or mark assigned the licensee, his name, place of residence and address, and a brief description of the licensee for the purposes of identification; and such other information as the said department shall deem necessary. Special licenses shall be issued to chauffeurs, but no such license shall be issued to any person less than sixteen years of age. Every person licensed to operate motor vehicles as aforesaid shall endorse his usual signature on the margin of the license in the space provided for the purpose, immediately upon the receipt of said license, and such license shall not be valid until so endorsed. The license issued to chauffeurs shall be valid for one year only from the date of issue. The said department shall furnish to every chauffeur so licensed a suitable metal badge with the distinguishing number assigned to him stamped thereon, without extra charge therefor, such badge to have stamped thereon the words "Registered Chauffeur No. ______. Cal." with the said license number inserted therein. This badge shall thereafter be worn by such chauffeur, affixed to his clothing in a conspicuous place, at all times when he is operating or driving a motor vehicle upon the public highway, but shall be valid only for a period of one year from the date of issuance. In case of the loss of such badge a duplicate will be issued by the said department on the sending of an affidavit showing the fact of loss and on payment of a fee of one dollar ($1.00) to the state treasurer. An application for the annual renewal of a chauffeur's license shall be accompanied by the proper fee required by this act.

Chauffeur's license, etc.

Badge.

Register of applications.

SEC. 25. Upon the receipt of an application as provided in section twenty-four of this act the department of engineering shall thereupon file the same, and register the applicant in a book or on index cards which shall be kept in the same manner, subject to public inspection, as the books or index cards for the registration of motor vehicles.

Use of fictitious name, etc., prohibited.

SEC. 26. No person shall use a fictitious name in applying for such chauffeur's license; nor shall any chauffeur, licensed as herein provided, voluntarily permit any other person to possess or use his license, or badge; nor shall any person while operating or driving a motor vehicle use or possess any license or badge belonging to another person, or a fictitious license or badge.

SEC. 27. No person shall operate or drive a motor vehicle

Case: 14-55077 08/28/2014 ID: 9224533 DktEntry: 5-2 Page: 20 of 25

upon a public highway of this state after the thirty-first day of December, 1913, unless such person shall have complied in all respects with the requirements of this act; *provided, however*, that a non-resident operator or chauffeur who has complied with the provisions of the country or state of his residence relative to the operation of motor vehicles, shall be exempt from license hereunder for a period of three months; *provided, further*, that when operating a motor vehicle he shall wear a badge assigned to him in the country or state of his residence.

Persons operating motor vehicles must comply with act after December 31, 1913.

SEC. 28. Any person who shall drive or operate, or cause to be driven or operated, upon any public highway within the state, any motor vehicle not his own, with or without intent to steal the same, in the absence of the owner thereof and without such owner's consent, shall be guilty of a felony; *provided, however*, that this section shall not be applicable to motor vehicles, the fair value of which at the time of the commencement of such unauthorized use is less than three hundred dollars.

Unauthorized use of vehicle a felony.

SEC. 29. Any person who, with or without intent to steal, shall drive or operate, or cause to be driven or operated, upon any public highway within this state, any motor vehicle not his own, of a fair value, at the time of the commencement of such unauthorized use, of less than three hundred dollars ($300), in the absence of the owner thereof and without such owner's consent, shall be guilty of a misdemeanor.

Unauthorized use of machine worth less than three hundred dollars a misdemeanor.

SEC. 30. (*a*) Any person who shall, individually or in association with one or more others, wilfully break, injure, tamper with or remove any part or parts of any motor vehicle, for the purpose of injuring, defacing or destroying such vehicle, or temporarily or permanently preventing its useful operation, or for any other purpose against the will or without the consent of the owner of such vehicle, or who shall in any other manner wilfully or maliciously interfere with or prevent the running or operation of such vehicle, shall be guilty of a misdemeanor.

Breaking, injuring, etc., vehicle a misdemeanor.

(*b*) Any person who shall, without consent of the owner, or person in charge, of a motor vehicle, climb upon or into such vehicle, whether the same be in motion or at rest; or who, while such vehicle is at rest and unattended, shall attempt to manipulate any of the levers, the starting crank, brakes, or mechanism thereof, or to set said vehicle in motion shall be guilty of a misdemeanor.

Getting into vehicle etc., without consent misdemeanor.

SEC. 31. No chauffeur or other person having the care of a motor vehicle for the owner shall receive or take, directly or indirectly, without the written consent of such owner, any bonus, discount or other consideration for supplies or parts furnished or purchased for such motor vehicle, or on any work or labor done thereon by others, or on the purchase of any motor vehicle for his employer; and no person furnishing such supplies or parts, work or labor, or selling any motor vehicle shall give or offer any such chauffeur or other person

Chauffeur prohibited from receiving bonus on supplies, etc.

having the care of a motor vehicle for the owner thereof, directly or indirectly, without such owner's written consent, any bonus, discount, or other consideration thereon. Any person violating this section shall be guilty of a misdemeanor.

Penalty.

SEC. 32. Excepting as in this act otherwise expressly provided, any person violating any of its provisions shall be deemed guilty of a misdemeanor, and upon conviction thereof unless in this act otherwise expressly provided, shall be punishable by a fine not exceeding one hundred dollars, or by imprisonment not exceeding thirty days, or both, for the first offense; and punishable by fine of not less than fifty dollars nor more than one hundred dollars, or imprisonment not exceeding thirty days, or both, for a second offense; and punishable by a fine of not less than one hundred dollars nor more than two hundred and fifty dollars, or imprisonment not exceeding thirty days, or both, for a third or subsequent offense.

Penalty for violating section 28.

SEC. 33. Any person violating any of the provisions of section 28 of this act shall, on conviction thereof, be punishable by imprisonment in the state prison for a term of not less than one year nor more than five years.

False statement in application.

SEC. 34. (*a*) Any person who wilfully, with intent to deceive, makes a false statement in his verified application for license as chauffeur, shall be guilty of a misdemeanor.

Penalty for driving vehicle while intoxicated.

(*b*) Any person operating or driving a motor or other vehicle while intoxicated shall be guilty of a misdemeanor, and upon conviction thereof shall be punishable by a fine of not less than ten dollars ($10) nor more than two hundred dollars ($200) or by imprisonment not exceeding thirty days, or both, for the first offense; and punishable by a fine of not less than twenty-five ($25) dollars nor more than four hundred dollars ($400), or imprisonment not less than ten nor more than sixty days, or both such fine and imprisonment, for a second offense; and punishable by imprisonment, without the alternative of fine of not less than thirty days nor more than ninety days, for a third or subsequent offense.

Owner's penalty for violating section 11.

(*c*) The owner of any motor vehicle driving the same or causing or suffering the same to be driven or operated on any public highway of this state, in violation of any of the provisions of section 11 of this act shall be guilty of a misdemeanor, and on conviction thereof shall be punishable in the manner and to the extent provided in section 32 of this act: *provided, however*, that this subdivision shall not affect the liability to punishment of the person, other than the owner, driving or operating such motor vehicle.

Penalty for violating section 21.

(*d*) Any person violating any of the provisions of section 21 of this act shall be guilty of a misdemeanor; and on conviction thereof shall be punishable in the manner and to the extent provided in section 32 of this act; *provided, however*, that the fine for the first offense, in case a fine be imposed, shall not be less than fifty ($50) dollars, and the term of

imprisonment, if a sentence of imprisonment be imposed, shall be not less than ten days.

Penalty for violating section 11.

(*e*) Any person, other than the owner, driving or operating a motor vehicle on any public highway of this state, knowingly violating any of the provisions of section 11 of this act shall be guilty of a misdemeanor, and on conviction thereof shall be punishable in the manner and to the extent provided in section 32 of this act, but this subdivision shall not affect the liability to punishment of the person or persons owning such vehicle.

Penalty for violating section 26.

(*f*) Any person violating any of the provisions of section 26 of this act shall be guilty of a misdemeanor, and on conviction thereof shall be punishable in the manner and to the extent provided in section 32 of this act; *provided, however,* that the fine for the first offense, in case a fine be imposed, shall be not less than fifty ($50) dollars. and the term of imprisonment, if a sentence of imprisonment be imposed, shall be not less than ten days.

Penalty for violating section 31.

(*g*) Any person violating any of the provisions of section 31 of this act shall be guilty of a misdemeanor, and, on conviction thereof shall be punishable by a fine of not less than fifty dollars ($50), nor more than five hundred dollars ($500), or by imprisonment in the county jail for not less than sixty days nor more than six months, or by both such fine and imprisonment; *provided, however,* that nothing in this section contained, excepting as therein expressly and specially provided, shall be deemed to modify or otherwise affect the liability to punishment of any and all persons violating any of the provisions of this act, as set forth and provided for in section 32 of this act.

Additional penalties.

(*h*) In addition to all other punishments herein provided, the court may for a definite period suspend or revoke an operator's or chauffeur's license upon conviction of the licensee for violation of any of the provisions of this act.

Fees paid into motor vehicle fund.

SEC. 35. All fees or other moneys paid to or collected by the state treasurer, under the provisions of this act, shall be placed in a fund which shall be known as the "motor vehicle fund," which fund is hereby created; *provided,* that one half of the net receipts under this act shall be returned to the counties from which received, as determined by the places of residence of the persons to whom the licenses are issued, and all such amounts returned shall be paid into the road funds of the several counties receiving the same. In the event that any county has not established a road fund, its proportion of the receipts shall be retained by the state until provision for such road fund has been made, and it shall then be paid over. For the purposes of this section the city and county of San Francisco shall be considered a county. Net receipts in the meaning of this section shall be the balance of receipts remaining after payment of all expenses in the administration and the enforcement of this act. In the months of January and July of each year the engineering department shall make to the controller a report setting forth the gross and net receipts for the preceding

One half to counties.

Net receipts.

Semi-annual reports.

six months, and thereafter the controller shall draw his warrant upon the motor vehicle fund in favor of the county treasurer of each county for the amount to which such county is entitled. Any unexpended balance of money heretofore appropriated for the purpose of carrying out the objects of an act entitled "An act to regulate the operation of motor vehicles on public highways, and making an appropriation for the purpose of carrying out the objects of this act," and all acts or parts of acts amendatory thereof, shall be placed under the control of the state department of engineering and the state controller shall transfer said money to said "motor vehicle fund," and all records now filed in the office of the secretary of state by reason and by virtue of said last named act, shall upon the taking effect of this act be turned over by the secretary of state to the state treasurer, and such portion thereof as may be deemed necessary by the state treasurer shall be retained by him and the remainder delivered to the department of engineering for its use.

Records in office of secretary of state turned over to engineering department.

Fines paid into good roads funds.

SEC. 36. Any and all fines or forfeitures collected by or in any court for violation of any of the provisions of this act, whether by a justice of the peace, police court, city recorder's court, city justice of the peace, or otherwise, shall be paid to the treasurer of the county or city and county, in which the court is held; whereupon the treasurer of the county or city and county, at intervals of not greater than once a month shall place such moneys in a fund to be called the "county good roads fund," or "city and county good roads fund," as the case may be, which shall be used by the highway commission of the county or city and county, as the case may be, or by the board of supervisors of the county or city and county, as the case may be, if in such county or city and county, there shall be no highway commission for the construction, improvement, maintenance and repair of such roads as shall be designated by said highway commission or board of supervisors, as the case may be, with regard to the proper and just distribution of the benefits of this act throughout the county or city and county.

Record of cases to be sent to engineering department.

SEC. 37. A full record shall be kept by every justice of the peace or police judge or court in this state of every case in which a person is charged with a violation of any provisions of this act or of any other act relative to motor vehicles or to the operation of such vehicles, and an abstract of such record shall be sent forthwith by the justice of the peace, or police judge or court to the state department of engineering. Said abstracts shall be made upon forms prepared by the department, which shall be obtained by the justice of the peace, or police judge or court from the county clerk of his county, and shall include all necessary information as to the parties to the case, the names of the offense, the date of the hearing. the plea, the judgment, the result, the amount of the fine or forfeiture as the case may be, and every such abstract shall be certified by the justice of the peace, police judge or clerk of such police

court as a true abstract of the record of the court. The said department shall keep such records in its office, and they shall be open to the inspection of any person during reasonable business hours. Justices of the peace and police judges and courts shall furnish to the department the details of all particularly flagrant cases which may be heard before them; and they may make such recommendations to the department as to the suspension or revocation of the licenses and seals of registration of the persons defendant in such cases as they may deem necessary.

Appropriation.

SEC. 38. There is hereby appropriated out of any moneys in the state treasury not otherwise appropriated the sum of ten thousand dollars ($10,000) to be used by the department of engineering in the employment of the necessary clerical and other help; the purchase of the necessary stationery, books and postage; for the necessary incidental expenses; for printing, ruling, binding, and other work performed and materials used by the state printing office and for the printing by the state printing office of one hundred and fifty thousand copies of this act, which said copies are to be distributed on demand, without charge, by the department. When there are sufficient moneys in the said "motor vehicle fund" to carry out the objects of this act to repay the state treasury the amounts expended by the department under this appropriation, the department shall notify the state controller, who, thereupon, shall retransfer to the general fund of the state from said "motor vehicle fund" the equivalent of the amounts so expended by the department and the unexpended balance of this appropriation. Moneys shall be drawn from said sum of ten thousand dollars ($10,000), for the purposes named in this section upon warrants duly drawn by the controller of the state upon demands made by the department and audited by the state board of control.

Repayment of appropriation.

Expenditures.

SEC. 39. Of the moneys in said motor vehicle fund the department of engineering shall be authorized to expend ten thousand dollars, or as much thereof as may be needed, in payment of such expenses as are necessary to carry out the provisions of this act, and a sum not to exceed one thousand five hundred dollars of said ten thousand dollars may, when such action has been authorized by the board of control, be drawn without at the time furnishing vouchers and itemized statements; the sum so drawn shall be used as a revolving fund where cash advances are necessary, and at the close of each fiscal year, or at any other time, upon demand of the board of control, must be accounted for and substantiated by vouchers and itemized statements submitted to and audited by the board of control and the controller; the engineering department shall have the power to appoint such assistance and help as it may, in its judgment, deem necessary, and shall fix their salaries and compensation and prescribe their duties. Also the state treasurer shall be authorized to expend $5,000.00 annually, or so much thereof as may be needed, in the employment of the neces-

Revolving fund.

Assistants' salaries.

sary clerical and other help, the purchase of stationery, books and postage, and such other expense as he may deem necessary in the collection of the said tax, the said amount to be transferred from the motor vehicle fund into a revolving fund; the remainder in such revolving fund, if any at the end of each fiscal year, to revert to the said motor vehicle fund. The remaining moneys in the motor vehicle fund shall be expended, under the sole direction of the department of engineering, for the maintenance of state highways without specific appropriation by the legislature, in addition to all sums already or hereafter appropriated by the legislature for the same purpose. Moneys shall be drawn from said motor vehicle fund for the purposes of this act upon warrants drawn by the controller of the state, upon demands made by the departments and audited by the state board of control.

Maintenance of highways.

Title of act.

SEC. 40. This act shall be known and cited as the "motor vehicle act." An act entitled "An act to regulate the operation of motor vehicles on public highways, and making an appropriation for the purpose of carrying out the objects of this act," approved March 22, 1905, and all acts or parts of acts amendatory thereof are hereby expressly repealed, and all other acts and parts of acts inconsistent herewith, are hereby repealed.

Repealed

Continuation of existing statutes.

SEC. 41. The provisions of this act, so far as they are the same as those of existing statutes, shall be construed as a continuation thereof, and not as new enactments; and a reference in a statute which has not been repealed to provisions of law which have been revised and re-enacted herein shall be construed as applying to such provisions as so incorporated in this act. The repeal of a law by this act shall not affect any act done, ratified or confirmed, or any right accrued or established, or any action, suit or proceeding begun under any of the laws repealed before the repeal took effect; but the proceedings in such case shall, when necessary, conform to the provisions of this act.

Constitutionality of act.

SEC. 42. If any section, subsection, sentence, clause or phrase of this act is for any reason held to be unconstitutional, such decision shall not affect the validity of the remaining portions of this act. The legislature hereby declares that it would have passed this act, and each section, subsection, sentence, clause, and phrase thereof, irrespective of the fact that any one or more other sections, subsections, sentences, clauses, or phrases be declared unconstitutional,

In effect.

SEC. 43. Section 38 of this act and such provisions hereof as relate to the preparation and purchase of forms, supplies, and other work incident to the registration of motor vehicles and licensing the operators thereof shall take effect ninety days after the final adjournment of this session of the legislature, and the remainder of this act shall take effect at midnight on the thirty-first day of December, in the year one thousand nine hundred and thirteen.