1  Philip Christian Bikle

2  1616 South Varna Street

3  Anaheim, California [92804]

4  Phone: (301) 802-9953

5  Appellant in Pro Per

6

7

8                UNITED STATES COURT OF APPEALS

9                    FOR THE NINTH CIRCUIT

10

11  Philip C. Bikle                              ) Case No. 14-55077

12          Plaintiff - Appellant,               ) D.C. No. 8:13-cv-01662-DOC-JPR

13  v.                                           )

14  Officer A. Santos, in his individual capacity;     ) Request for Judicial Notice

15  Officer Cathy Hayes, in her individual capacity;   ) pursuant to Federal Rules

16  Doe1-2, in individual capacities;            ) of Evidence (Rule 201(c)(2))

17  Los Angeles Sheriff's Department;            )

18  Los Angeles County;                          ) NOTICE #4

19  City of Lakewood in Los Angeles County;      )

20  _____Defendants_____)

21                                               **ORIGINAL**

1

1  To all parties, please be advised that plaintiff/appellant, Philip Christian
2  Bikle, In Pro per, moves the court in the above entitled action to take judicial
3  notice of the following California legislative act entitled, "An act to impose a
4  license fee for the transportation of persons or property for hire or compensation
5  upon public streets, roads and highways in the State of California by motor
6  vehicle; to provide for certain exemptions; to provide for the enforcement of the
7  provisions hereof and for the disposition of the amounts collected on account of
8  such licenses; to make an appropriation for the purpose of this act; and to repeal all
9  acts or parts of acts in conflict herewith."

_____                _8/25/14_____
Philip Christian Bikle                                  Date

2

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to impose a license fee for the transportation of persons or property for hire or compensation upon public streets, roads and highways in the State of California by motor vehicle; to provide for certain exemptions; to provide for the enforcement of the provisions hereof and for the disposition of the amounts collected on account of such licenses; to make an appropriation for the purpose of this act; and to repeal all acts or parts of acts in conflict herewith."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____            8/25/14
Signature                                              Date Served

Notary NOT required

<u>Name of party served</u>                          Address

Officer A. Santos                                  Lakewood Station
                                                         5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to impose a license fee for the transportation of persons or property for hire or compensation upon public streets, roads and highways in the State of California by motor vehicle; to provide for certain exemptions; to provide for the enforcement of the provisions hereof and for the disposition of the amounts collected on account of such licenses; to make an appropriation for the purpose of this act; and to repeal all acts or parts of acts in conflict herewith."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          5/25/14
Signature                          Date Served

Notary NOT required

<u>Name of party served</u>          <u>Address</u>
Officer Cathy Hayes                Lakewood Station
                                   5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to impose a license fee for the transportation of persons or property for hire or compensation upon public streets, roads and highways in the State of California by motor vehicle; to provide for certain exemptions; to provide for the enforcement of the provisions hereof and for the disposition of the amounts collected on account of such licenses; to make an appropriation for the purpose of this act; and to repeal all acts or parts of acts in conflict herewith."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          8/25/14
Signature                                       Date Served

Notary NOT required

<u>Name of party served</u>                 <u>Address</u>

Los Angeles County                    Kenneth Hahn Hall of Administration
                                               500 W. Temple St.
                                               Los Angeles, CA 90012

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to impose a license fee for the transportation of persons or property for hire or compensation upon public streets, roads and highways in the State of California by motor vehicle; to provide for certain exemptions; to provide for the enforcement of the provisions hereof and for the disposition of the amounts collected on account of such licenses; to make an appropriation for the purpose of this act; and to repeal all acts or parts of acts in conflict herewith."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____                    _8/25/14_____
Signature                                                  Date Served

Notary NOT required

<u>Name of party served</u>                              <u>Address</u>

City of Lakewood in Los Angeles County        5050 Clark Avenue
                                                                     Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to impose a license fee for the transportation of persons or property for hire or compensation upon public streets, roads and highways in the State of California by motor vehicle; to provide for certain exemptions; to provide for the enforcement of the provisions hereof and for the disposition of the amounts collected on account of such licenses; to make an appropriation for the purpose of this act; and to repeal all acts or parts of acts in conflict herewith."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          8/25/14
Signature                                       Date Served

Notary NOT required

<u>Name of party served</u>                 <u>Address</u>

Los Angeles Sheriff's Department    John L. Scott, Sheriff
                                    Los Angeles County Sheriff's Department
                                    4700 Ramona Blvd.
                                    Monterey Park, CA 91754

1



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___5___ page(s) is a full, true and correct copy of the original record in the custody of this office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

JUL 17 2014

*Debra Bowen*
**DEBRA BOWEN**
**Secretary of State**

412

— 1 —

Assembly Bill No. 602.

Passed the Assembly April 16, 1925.

*[signature]*
Chief Clerk of the Assembly

Passed the Senate April 23, 1925.

*[signature]*
Secretary of the Senate

This bill was received by the Governor, this 24th day of April A. D. 1925, at 11:00 o'clock a. m.

*[signature: Harry Lutgens]*
Private Secretary of the Governor

— 3 —

CHAPTER 412

*An act to impose a license fee for the transportation of persons or property for hire or compensation upon public streets, roads and highways in the State of California by motor vehicle; to provide for certain exemptions; to provide for the enforcement of the provisions hereof and for the disposition of the amounts collected on account of such licenses; to make an appropriation for the purpose of this act; and to repeal all acts or parts of acts in conflict herewith.*

*The people of the State of California do enact as follows:*

SECTION 1. The words and phrases used in this act shall for the purposes of this act, unless the same be contrary to or inconsistent with the context, be construed as follows:

(a) The phrase "railroad commission certificate" shall be construed to mean a certificate of public convenience and necessity granted or issued by the railroad commission of the State of California, authorizing a common carrier by motor vehicle to operate under the conditions prescribed by said commission, and shall also include all amendments to or changes in such certificate which may be made by said commission.

(b) The word "operator" shall include all persons, firms, associations and corporations who operate motor vehicles upon any public highway in this state and thereby engage in the transportation of persons or property for hire or compensation, but shall not include any person, firm, association or corporation who solely transports by motor vehicle persons to and from or to or from attendance upon any public school or who solely transports his or its own property, or employees, or both, and who transports no persons or property for hire or compensation, but all persons operating freight carrying vehicles so exempted shall be required to obtain from the state board of equalization and to display exempt emblems in the manner hereinafter provided.

(c) The term "registration certificate" shall include any and all certificates of registration of a motor vehicle issued by the division of motor vehicles of the department of finance of the State of California, or by any governmental body within said state under which the laws of the said state may have power or authority to register and certify to the registration of a motor vehicle for operation within said state.

(d) The word "motor vehicles" shall mean and include all vehicles, automobiles, trucks or trailers operated upon or over public highways of this state whether the same be propelled

— 4 —

or operated by steam or electricity, or propelled or operated by combustion of gasoline, distillate or other volatile and inflammable liquid fuels.

(e) The term "gross receipts from operation" shall include all receipts from the operation of such motor vehicle or vehicles beginning and ending entirely within this state and a proportion based upon the mileage over which such business is done of gross receipts by such operator on all business passing through, into or out of this state, or partly within and partly without this state, it being the intention hereof not to base all or any portion of the license fee hereby imposed upon any receipts from interstate commerce, or upon the right or privilege to engage in interstate commerce.

SEC. 2. Each operator of a motor vehicle within this state who transports or desires to transport for compensation or hire persons or property upon or over any public highway within this state shall apply to and secure from the board of equalization of the State of California a license to operate each and all of the motor vehicles which such operator desires to operate or which such operator from time to time may operate.

SEC. 3. Such license must be issued upon the filing with said board of a verified application by the applicant or his or its duly authorized agent in the form to be prescribed by said board. Said board shall transmit to the state controller each month a list of the operators of motor vehicles securing licenses from it under the provisions of this act, together with the amount of tax collectible from each operator.

SEC. 4. Within twenty days after the end of each quarter of the calendar year such applicant shall file with the board of equalization a report upon forms to be provided by that board showing such information relating to its operations as that board may require to enable it to make the assessment herein provided for, *provided*, that if any operator refuses or neglects to make the report herein required within twenty-five days after the close of any quarter, then the state board of equalization shall from its best information make an arbitrary assessment for such operator. If it shall appear from a report thereafter filed for such quarter that the arbitrary tax so fixed is in excess of the amount actually due then the state board of equalization shall be authorized to give such operator a credit upon his next quarterly report of a sum which will reduce such excess to not less than twenty-five per cent more than the amount actually found to be due, and such operator shall within thirty-five days after the end of each quarter pay to the state controller of the State of California an amount equal to four per cent of said applicant's gross receipts from operation derived by such applicant from

— 5 —

the operation of such motor vehicles during the preceding quarter; *provided*, that there shall be deducted from said four per cent of the gross receipts the amount of any county or municipal licenses, and any city, or county or city and county taxes paid by such operators to any city, or county, or city and county in this state upon any of the property actually used and necessary in the operation of such motor vehicles for the transportation of persons or property and upon such payment said state controller shall issue a receipt, in duplicate, to such applicant.

SEC. 5. Said board of equalization shall have the power and authority to prescribe the forms of all reports of gross receipts from operation necessary to enable it or the state authorities to determine the amount and character thereof, and shall have power to subpena witnesses duces tecum at any point within the State of California, and the state controller shall have the power to request the attorney general of said state to bring suit for the recovery of any unpaid license fee and costs. It shall be the duty of the attorney general to bring such suit on the written request of said state controller and in the name of said people of the State of California in a court of competent jurisdiction in the county of Sacramento; payment of an amount to said state controller for and on account of such license fee and the acceptance thereof shall not bar an action by the state to recover an additional amount for the same quarter which may actually be due. Any license holder may pay to the state controller all or any portion of the license fee hereby imposed under written protest and may bring an action against the state treasurer in his official capacity in the superior court of the State of California in and for the county of Sacramento, and obtain a judgment that said license fee has been in whole or in part illegally or unlawfully exacted or collected, and said judgment may be made the basis for an appropriation by the legislature of said state to reimburse said license holder, or his, or its, heirs, executors, successors, administrators or assigns, in the amount of said judgment without interest or costs.

SEC. 6. Upon the issuance of a license by said board of equalization to an operator of a motor vehicle or vehicles said board shall furnish to such operator duplicate emblems or plates for each motor vehicle desired to be operated by such operator under such license, which emblems shall be attached to and conspicuously displayed upon each of the motor vehicles, authorized to be operated by said license, in the same manner as is required for motor vehicle registration license plates. Said emblems shall be numbered in pairs. Each pair shall bear a different number and said board shall keep a record of the emblems so issued, with the date of issuance, and the name of the operator to whom said emblems may be issued.

— 6 —

Said board shall charge and collect from such operator the cost to the state of the manufacture and delivery to said board of such emblems and actual costs of, mailing to licensee if not called for. There is hereby appropriated out of any moneys in the motor vehicle fuel fund, not otherwise appropriated, the sum of five thousand dollars for the purpose of designing, preparing and securing such emblems; said money to be expended by said board on warrants drawn in the manner provided by law, and said amount to be a revolving fund into which shall be paid from time to time as they are collected the amounts received from operators of motor vehicles for hire, emblems and the legislature may from time to time withdraw from said fund such amounts as it may deem proper; *provided*, that said fund shall not be decreased below the sum of five thousand dollars. There is also hereby appropriated out of said motor vehicle fuel fund the sum of twenty thousand dollars annually, or so much thereof as may be necessary, to be used by the state board of equalization to carry out the provisions of this act.

SEC. 7. Any person, firm, association, or corporation who shall use any public highway in this state for the transportation of persons or property for hire, either as a public or a private carrier, without first obtaining the license herein provided for, or without carrying upon each motor vehicle so used the emblems herein provided for, or who fails, neglects or refuses to make any return hereunder or any report required by the state board of equalization, or who makes any false return, and any person exempt from this tax who so neglects or refuses to obtain and display exempt emblems as required in subdivision (*b*) hereof, shall be guilty of a misdemeanor and shall be punishable by a fine not exceeding five hundred dollars or by imprisonment not exceeding six months, or by both such fine and imprisonment. Any such operator of a motor vehicle who holds a California railroad commission certificate entitling him or it to operate as a common carrier and who fails, neglects or refuses to pay for the period of thirty-five days from the end of any quarter of the calendar year to pay the license fee hereby imposed shall have his or its certificate revoked by said railroad commission, and it shall be mandatory upon said railroad commission to revoke said certificate upon written complaint to it by said board of equalization that said operator has for the period of thirty days failed, neglected or refused to pay such license fee, and said revocation shall be in addition to and independent of the penalty for misdemeanor herein prescribed; *provided*, that no such written complaint shall be made by such board until after notice by registered mail or personal service has been given such operator and he has had an opportunity to be heard thereon. If any such operator of a motor vehicle shall fail,

— 7 —

neglect or refuse for the period of thirty days next succeeding the end of any quarter of a calendar year to pay the license fee hereby imposed, the division of motor vehicles of the department of finance of the State of California shall upon written complaint of said board of equalization and upon ten days notice to such operator, suspend, until the payment of said license fee is made, any and all registration certificates held by such operator for any motor vehicles employed by him or it in the business of transportation of persons or property upon the highways of this state for hire.

SEC. 8. All sums paid to the state controller under and by virtue of this act, shall be deposited by him in the state treasury to the credit of the motor vehicle fuel fund, subject to the provisions of section six hereof and the balances thereof shall be applied and the same are hereby appropriated one-half to the State of California to be devoted exclusively to the maintenance and repair of the public highways within this state; the remaining one-half shall be apportioned among the respective counties of this state, in the proportion that the number of motor vehicles registered within such county for the preceding calendar year bears to the total number of motor vehicles registered in the State of California under the motor vehicle act of such state for the preceding year, and such sums so paid to said counties shall be devoted exclusively to the maintenance and repair of the public highways within such county; *provided*, that from any sums found to be due to any county under the provisions of this act there shall first be deducted the total of all county and city licenses collected in such county from the operators covered by the provisions hereof and any county, and city and county or city taxes collected upon the operative property of such operators within such county. All such sums so deducted shall revert to the counties' portion of the motor vehicle fuel fund and shall be apportioned to the several counties in the proportion herein provided.

SEC. 9. This act shall not apply to hotel busses meeting trains or boats, nor to taxicabs, drays, transfer vehicles and other like city motor vehicles operating within incorporated cities or towns or the usual transfer delivery zone adjacent thereto, nor shall it apply to such vehicles operating between incorporated cities or towns where no portion of any state or county highway is traversed in said operation.

SEC. 9½. Nothing in this act shall be construed to apply to nor to levy a license upon that part of the gross income from the operation of any motor vehicle earned on account of carrying United States mail or parcels post under any contract with the United States government entered into prior to the first day of May nineteen hundred twenty-five.

SEC. 10. All acts and parts of acts in conflict herewith

are hereby repealed; *provided, however,* that nothing herein shall be construed as affecting or repealing the provisions of an act entitled "An act providing for the supervision and regulation of the transportation of persons and property for compensation over any public highway by automobiles, jitney busses, auto trucks, stages and auto stages; defining transportation companies and providing for the supervision and regulation thereof by the railroad commission; providing for the enforcement of the provisions of this act and for the punishment of violations thereof; and, repealing all acts inconsistent with the provision of this act," approved May 10, 1917, as amended.

SEC. 11. An act entitled "An act to impose a license fee for the transportation of persons or property for hire or compensation upon public streets, roads, and highways in the State of California by motor vehicle; to provide for certain exemptions; to provide for the enforcement of the provisions hereof and for the disposition of the amounts collected on account of such licenses; to make an appropriation for the purposes of this act; and to repeal all acts or parts of acts in conflict herewith," approved June 13, 1923, is hereby repealed.

SEC. 12. If any section, subsection, sentence, clause or phrase of this act is for any reason held to be unconstitutional such decision shall not affect the validity of the remaining portions of this act. The legislature hereby declares that it would have passed this act and each section, subsection, sentence, clause and phrase thereof, irrespective of the fact that any one or more of the sections, subsections, clauses or phrases be declared unconstitutional.

FILED
In the Office of the Secretary of State
OF THE STATE OF CALIFORNIA
MAY 29 1925
FRANK C. JORDAN
Secretary of State
By _____
At ___9___ o'clock ___P___ M.
DEPUTY

_Frank F. Merriam_
Speaker of the Assembly

_____
President of the Senate

Approved _____May 23_____ A. D. 1925

_____
Governor