Philip Christian Bikle

1616 South Varna Street

Anaheim, California [92804]

Phone: (301) 802-9953

Appellant in Pro Per

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 28 2014

FILED_____
DOCKETED_____ DATE _____ INITIAL

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Philip C. Bikle | ) Case No. 14-55077 |
|     Plaintiff - Appellant, | ) D.C. No. 8:13-cv-01662-DOC-JPR |
| v. | ) |
| Officer A. Santos, in his individual capacity; | ) Request for Judicial Notice |
| Officer Cathy Hayes, in her individual capacity; | ) pursuant to Federal Rules |
| Doe1-2, in individual capacities; | ) of Evidence (Rule 201(c)(2)) |
| Los Angeles Sheriff's Department; | ) |
| Los Angeles County; | ) NOTICE #7 |
| City of Lakewood in Los Angeles County; | ) |
|     Defendants | ) |

**ORIGINAL**

1

1  To all parties, please be advised that plaintiff/appellant, Philip Christian
2  Bikle, In Pro per, moves the court in the above entitled action to take judicial
3  notice of the following California legislative act entitled, "An act to add Sections
4  69.1 and 69.2 to the Vehicle Code, relating to drivers' licenses."

5  _____     _____
6  Philip Christian Bikle                              Date

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to add Sections 69.1 and 69.2 to the Vehicle Code, relating to drivers' licenses."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          8/25/14
Signature                        Date Served

Notary NOT required

<u>Name of party served</u>          <u>Address</u>

Officer A. Santos                Lakewood Station
                                 5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to add Sections 69.1 and 69.2 to the Vehicle Code, relating to drivers' licenses."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          8/25/14_____
Signature                                           Date Served

Notary NOT required

<u>Name of party served</u>                <u>Address</u>

Officer Cathy Hayes                  Lakewood Station
                                     5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to add Sections 69.1 and 69.2 to the Vehicle Code, relating to drivers' licenses."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        _____
Signature                                          Date Served

Notary NOT required

<u>Name of party served</u>                  <u>Address</u>

Los Angeles County                    Kenneth Hahn Hall of Administration
                                                    500 W. Temple St.
                                                    Los Angeles, CA 90012

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to add Sections 69.1 and 69.2 to the Vehicle Code, relating to drivers' licenses."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        _____8/25/14_____
Signature                              Date Served

Notary NOT required

<u>Name of party served</u>                    <u>Address</u>

City of Lakewood in Los Angeles County        5050 Clark Avenue
                                              Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to add Sections 69.1 and 69.2 to the Vehicle Code, relating to drivers' licenses."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____    8/25/14
Signature                  Date Served

Notary NOT required

<u>Name of party served</u>          <u>Address</u>

Los Angeles Sheriff's Department   John L. Scott, Sheriff
                                   Los Angeles County Sheriff's Department
                                   4700 Ramona Blvd.
                                   Monterey Park, CA 91754



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___3___ page(s) is a full, true and correct copy of the original record in the custody of this office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

JUL 17 2014

*Debra Bowen*

**DEBRA BOWEN**
**Secretary of State**

482

**Assembly Bill No. 3549**

Passed the Assembly March 13, 1957

_____
Chief Clerk of the Assembly

Passed the Senate May 8, 1957.

_____
Secretary of the Senate

This bill was received by the Governor this 10th day of May, 1957, at 3 o'clock P.M.

_____
Private Secretary of the Governor

— 3 —

CHAPTER 483

*An act to add Sections 69.1 and 69.2 to the Vehicle Code, relating to drivers' licenses.*

*The people of the State of California do enact as follows:*

SECTION 1. Section 69.1 is added to the Vehicle Code, to read:
69.1. "Driver's License." "Driver's license" includes both an operator's and a chauffeur's license.

SEC. 2. Section 69.2 is added to said code, to read:
69.2. "Original Driver's License." "Original driver's license" means the first driver's license issued a person under this code.

FILED
In the office of the Secretary of State
of the State of California

MAY 21 1957

— 4 —

At _11_ o'clock _A_. M.
FRANK M. JORDAN, Secretary of State

By _[signature]_
Assistant Secretary of State

_[signature]_
Speaker of the Assembly
pro Tempore

_[signature: Harold Powers]_
President of the Senate

Approved _May 19_, 1957

_[signature: Goodwin J. Knight]_
Governor