Philip Christian Bikle

1616 South Varna Street

Anaheim, California [92804]

Phone: (301) 802-9953

Appellant in Pro Per

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Philip C. Bikle | ) Case No. 14-55077 |
|     Plaintiff - Appellant, | ) D.C. No. 8:13-cv-01662-DOC-JPR |
| v. | ) |
| Officer A. Santos, in his individual capacity; | ) Request for Judicial Notice |
| Officer Cathy Hayes, in her individual capacity; | ) pursuant to Federal Rules |
| Doe1-2, in individual capacities; | ) of Evidence (Rule 201(c)(2)) |
| Los Angeles Sheriff's Department; | ) |
| Los Angeles County; | ) NOTICE #13 |
| City of Lakewood in Los Angeles County; | ) |
|     Defendants | ) |

**ORIGINAL**

1

1   To all parties, please be advised that plaintiff/appellant, Philip Christian
2   Bikle, In Pro per, moves the court in the above entitled action to take judicial
3   notice of the information within the following selected pages from the California
4   legislative act entitled, "An act to repeal and re-enact the Vehicle Code and to add
5   Chapter 6.5 (commencing at Section 3067) to Title 14, Part 4, Division 3 of the
6   Civil Code and to amend Section 11004.5 of the Revenue and Taxation Code,
7   relating to vehicles."

_____        _____
Philip Christian Bikle                 Date

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to repeal and re-enact the Vehicle Code and to add Chapter 6.5 (commencing at Section 3067) to Title 14, Part 4, Division 3 of the Civil Code and to amend Section 11004.5 of the Revenue and Taxation Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          _____
Signature                          Date Served

Notary NOT required

<u>Name of party served</u>               <u>Address</u>

Officer A. Santos                  Lakewood Station
                                   5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to repeal and re-enact the Vehicle Code and to add Chapter 6.5 (commencing at Section 3067) to Title 14, Part 4, Division 3 of the Civil Code and to amend Section 11004.5 of the Revenue and Taxation Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          8/25/14
Signature                          Date Served

Notary NOT required

<u>Name of party served</u>                <u>Address</u>

Officer Cathy Hayes                 Lakewood Station

                                    5130 Clark Avenue, Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to repeal and re-enact the Vehicle Code and to add Chapter 6.5 (commencing at Section 3067) to Title 14, Part 4, Division 3 of the Civil Code and to amend Section 11004.5 of the Revenue and Taxation Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____         ___8/28/14___
Signature                            Date Served

Notary NOT required

<u>Name of party served</u>                <u>Address</u>

Los Angeles County                   Kenneth Hahn Hall of Administration
                                     500 W. Temple St.
                                     Los Angeles, CA 90012

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to repeal and re-enact the Vehicle Code and to add Chapter 6.5 (commencing at Section 3067) to Title 14, Part 4, Division 3 of the Civil Code and to amend Section 11004.5 of the Revenue and Taxation Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____     _____
Signature                          Date Served

Notary NOT required

<u>Name of party served</u>                    <u>Address</u>

City of Lakewood in Los Angeles County       5050 Clark Avenue
                                             Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to repeal and re-enact the Vehicle Code and to add Chapter 6.5 (commencing at Section 3067) to Title 14, Part 4, Division 3 of the Civil Code and to amend Section 11004.5 of the Revenue and Taxation Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          _____8/25/14_____
Signature                                Date Served

Notary NOT required

<u>Name of party served</u>                  <u>Address</u>

Los Angeles Sheriff's Department         John L. Scott, Sheriff
                                         Los Angeles County Sheriff's Department
                                         4700 Ramona Blvd.
                                         Monterey Park, CA 91754

1



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify: Selected Pages, Chapter 3, 1959

That the attached transcript of ___5___ page(s) is a full, true and correct copy of the original record in the custody of this office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

August 15, 2014

*/s/ Debra Bowen*

**DEBRA BOWEN**
**Secretary of State**

3

any
es at
tage-
state
and
sci-
or
Sec-

**Assembly Bill No. 5**

---

Passed the Assembly January 28, 1959

*Chief Clerk of the Assembly*

---

Passed the Senate February 12, 1959

*Secretary of the Senate*

---

This bill was received by the Governor this 19th day of February, 1959, at 3 o'clock P M.

*Private Secretary of the Governor*

— 3 —

## CHAPTER 3

An act to repeal and re-enact the Vehicle Code and to add Chapter 6.5 (commencing at Section 3067) to Title 14, Part 4, Division 3 of the Civil Code and to amend Section 11004.5 of the Revenue and Taxation Code, relating to vehicles.

*The people of the State of California do enact as follows:*

SECTION 1. The Vehicle Code is repealed.
SEC. 2. The Vehicle Code is enacted to read:

### GENERAL PROVISIONS

1. This act shall be known as the Vehicle Code.
2. The provisions of this code, insofar as they are substantially the same as existing provisions relating to the same subject matter, shall be construed as restatements and continuations thereof and not as new enactments.
3. All persons who, at the time this code goes into effect, hold office under the code repealed by this code, which offices are continued by this code, continue to hold them according to their former tenure.
4. No action or proceeding commenced before this code takes effect, and no right accrued, is affected by the provisions of this code, but all procedure thereafter taken therein shall conform to the provisions of this code so far as possible.
5. If any portion of this code is held unconstitutional, such decision shall not affect the validity of any other portion of this code.
6. Unless the provision or the context otherwise requires, these general provisions and rules of construction shall govern the construction of this code.
7. Division, chapter, article, and section headings do not in any manner affect the scope, meaning, or intent of the provisions of this code.
8. Whenever, by the provisions of this code, a power is granted to a public officer or a duty imposed upon such an officer, the power may be exercised or the duty performed by a deputy of the officer or by a person authorized pursuant to law by the officer.
9. Whenever any notice, report, statement, or record is required by this code, it shall be made in writing in the English language.

under this code, or who are employed by manufacturers or distributors to promote the sale of vehicles dealt in by such manufacturers or distributors; provided, however, that if any such persons also sell vehicles at retail, they shall be deemed to be vehicle dealers and are subject to this code.

(3) Persons regularly employed as salesmen by vehicle dealers licensed under this code while acting within the scope of such employment.

(4) Persons exclusively engaged in the bona fide business of exporting vehicles or of soliciting orders for the sale and delivery of vehicles outside the territorial limits of the United States; provided, no federal excise tax is legally payable on any of such transactions, or such tax is legally refundable on such transactions.

(5) Persons not engaged in the purchase or sale of vehicles as a business, disposing of vehicles acquired for their own use, or for use in their business when the same shall have been so acquired and used in good faith, and not for the purpose of avoiding the provisions of this code.

290. The "department" is the Department of Motor Vehicles except when used in Chapter 2 of Division 2 (commencing at Section 2100) and in Divisions 11 and 12 (commencing at Sections 21000 and 24000) of this code it shall mean the Department of the California Highway Patrol.

295. The "director" is the Director of Motor Vehicles.

300. A "drawbar" is a rigid structure forming a connection between a trailer and a towing vehicle, securely attached to both vehicles by nonrigid means and carrying no part of the load of either vehicle.

305. A "driver" is a person who drives or is in actual physical control of a vehicle.

310. "Driver's license" includes both an operator's and a chauffeur's license.

315. "Essential parts" are all integral and body parts of a vehicle of a type required to be registered under this code, the removal, alteration, or substitution of which would tend to conceal the identity of the vehicle or substantially alter its appearance.

320. "Established place of business" is a place actually occupied either continuously or at regular periods by a dealer, manufacturer, automobile wrecker or automobile driving school where the books and records pertinent to the type of business being conducted are kept. The place of business shall have an office and in the case of a dealer, manufacturer or automobile wrecker shall have a display, manufacturing or wrecking area, situated on the same property where business peculiar to the type of license issued by the department is or

— 101 —

DIVISION 6. OPERATORS' AND CHAUFFEURS' LICENSES

CHAPTER 1. ISSUANCE OF LICENSES, EXPIRATION, AND RENEWAL

Article 1. Persons Required to Be Licensed, Exemptions, and Age Limits

12500. (a) No person shall drive a motor vehicle upon a highway unless he then holds a driver's license issued under this code, except such persons as are expressly exempted under this code.

(b) An operator's license issued hereunder shall entitle the licensee to operate any vehicle or combination of vehicles except as provided in subdivision (c).

(c) No person shall operate upon a highway a motor vehicle having an unladen weight in excess of 12,000 pounds, nor operate any motor vehicle towing a vehicle having a gross weight in excess of 6,000 pounds, except special mobile equipment or an implement of husbandry, unless he then holds a valid chauffeur's license permitting such operation or a valid operator's license which has been endorsed by the department permitting such operation, except such persons as are expressly exempted under this code.

This subdivision shall not apply to any person who held a valid operator's license on September 11, 1957, until the expiration of such license.

(d) It is a misdemeanor for any person to drive a motor vehicle upon a highway as a chauffeur unless he then holds a chauffeur's license duly issued under this code, except such persons as are expressly exempted under this code.

12501. The following persons are not required to obtain a driver's license:

(a) An officer or employee of the United States, while operating a motor vehicle owned or controlled by the United States on the business of the United States.

(b) Any person while driving or operating implements of husbandry incidentally operated or moved over a highway.

(c) Any person while operating a self-propelled wheelchair or invalid tricycle.

12502. (a) A nonresident over the age of 21 years having in his immediate possession a valid operator's license issued to him in his home state or country may operate a motor vehicle in this State as an operator only for not to exceed one year without obtaining a license under this code.

(b) A nonresident over the age of 21 years having in his immediate possession a valid chauffeur's license issued to him in his home state or country may operate a motor vehicle in

**FILED**

In the office of the Secretary of State
of the State of California

— 296 —

FEB 25 1959.

At 3 o'clock P. M.
FRANK M. JORDAN, Secretary of State

By *[signature]*
Assistant Secretary of State

*[signature]* Ralph M. Brown
Speaker of the Assembly

*[signature]*
President of the Senate
pro Tempore

Approved *February 25*, 1959

*[signature]* Edmund G. Brown
Governor

B