1  Philip Christian Bikle

2  1616 South Varna Street

3  Anaheim, California [92804]

4  Phone: (301) 802-9953

5  Appellant in Pro Per

6

7

8            UNITED STATES COURT OF APPEALS

9                 FOR THE NINTH CIRCUIT

10

11 Philip C. Bikle                          ) Case No. 14-55077

12         Plaintiff - Appellant,           ) D.C. No. 8:13-cv-01662-DOC-JPR

13 v.                                       )

14 Officer A. Santos, in his individual capacity;   ) Request for Judicial Notice

15 Officer Cathy Hayes, in her individual capacity; ) pursuant to Federal Rules

16 Doe1-2, in individual capacities;        ) of Evidence (Rule 201(c)(2))

17 Los Angeles Sheriff's Department;        )

18 Los Angeles County;                      ) NOTICE #14

19 City of Lakewood in Los Angeles County;  )

20         Defendants                       )

21

*RECEIVED MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS AUG 28 2014*

**ORIGINAL**

1

1  To all parties, please be advised that plaintiff/appellant, Philip Christian
2  Bikle, In Pro per, moves the court in the above entitled action to take judicial
3  notice of the information within the following selected pages from the California
4  legislative act entitled, "An act to amend Sections 310, 12500, 12502, 12503,
5  12506, 12510, 12511, 12512, 12514, 12515, 12517, 12518, 12519, 12800, 12804,
6  12811, 12813, 12814, 13100, 13550, 13551, 13802, 14605, 14606, 14607, 14900,
7  16081, 22514, 42230, and the heading of Division 6 (commencing with Section
8  12500) of, and to repeal Sections 250, 450, 12801, 12812, and 14604 of the
9  Vehicle Code, relating to drivers' licenses."

10  _____     8/25/14
                                   _____
11  Philip Christian Bikle            Date

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 310, 12500, 12502, 12503, 12506, 12510, 12511, 12512, 12514, 12515, 12517, 12518, 12519, 12800, 12804, 12811, 12813, 12814, 13100, 13550, 13551, 13802, 14605, 14606, 14607, 14900, 16081, 22514, 42230, and the heading of Division 6 (commencing with Section 12500) of, and to repeal Sections 250, 450, 12801, 12812, and 14604 of the Vehicle Code, relating to drivers' licenses."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        ___8/25/14___

Signature                                          Date Served

Notary NOT required

<u>Name of party served</u>                <u>Address</u>

Officer A. Santos                          Lakewood Station
                                                     5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 310, 12500, 12502, 12503, 12506, 12510, 12511, 12512, 12514, 12515, 12517, 12518, 12519, 12800, 12804, 12811, 12813, 12814, 13100, 13550, 13551, 13802, 14605, 14606, 14607, 14900, 16081, 22514, 42230, and the heading of Division 6 (commencing with Section 12500) of, and to repeal Sections 250, 450, 12801, 12812, and 14604 of the Vehicle Code, relating to drivers' licenses."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____                    _____
Signature                                                         Date Served

Notary NOT required

<u>Name of party served</u>                    <u>Address</u>

Officer Cathy Hayes                              Lakewood Station

5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 310, 12500, 12502, 12503, 12506, 12510, 12511, 12512, 12514, 12515, 12517, 12518, 12519, 12800, 12804, 12811, 12813, 12814, 13100, 13550, 13551, 13802, 14605, 14606, 14607, 14900, 16081, 22514, 42230, and the heading of Division 6 (commencing with Section 12500) of, and to repeal Sections 250, 450, 12801, 12812, and 14604 of the Vehicle Code, relating to drivers' licenses."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____    \_\_\_\_8/28/14_____

Signature                                                    Date Served

Notary NOT required

<u>Name of party served</u>                     <u>Address</u>

Los Angeles County                     Kenneth Hahn Hall of Administration
                                       500 W. Temple St.
                                       Los Angeles, CA 90012

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 310, 12500, 12502, 12503, 12506, 12510, 12511, 12512, 12514, 12515, 12517, 12518, 12519, 12800, 12804, 12811, 12813, 12814, 13100, 13550, 13551, 13802, 14605, 14606, 14607, 14900, 16081, 22514, 42230, and the heading of Division 6 (commencing with Section 12500) of, and to repeal Sections 250, 450, 12801, 12812, and 14604 of the Vehicle Code, relating to drivers' licenses."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        8/25/14
Signature                              Date Served

Notary NOT required

<u>Name of party served</u>                <u>Address</u>

City of Lakewood in Los Angeles County    5050 Clark Avenue
                                          Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 310, 12500, 12502, 12503, 12506, 12510, 12511, 12512, 12514, 12515, 12517, 12518, 12519, 12800, 12804, 12811, 12813, 12814, 13100, 13550, 13551, 13802, 14605, 14606, 14607, 14900, 16081, 22514, 42230, and the heading of Division 6 (commencing with Section 12500) of, and to repeal Sections 250, 450, 12801, 12812, and 14604 of the Vehicle Code, relating to drivers' licenses."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_/s/ (signature)_          8/25/14

Signature                  Date Served

Notary NOT required

<u>Name of party served</u>         <u>Address</u>

Los Angeles Sheriff's Department    John L. Scott, Sheriff
                                    Los Angeles County Sheriff's Department
                                    4700 Ramona Blvd.
                                    Monterey Park, CA 91754

1



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify: Selected Pages, Chapter 1615, 1961

That the attached transcript of ___3___ page(s) is a full, true and correct copy of the original record in the custody of this office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

August 15, 2014

**DEBRA BOWEN**
**Secretary of State**

Sec/State Form CE-109 (REV 01/2009)                                                    OSP 09 113643

*1615*

Assembly Bill No. 2229

Passed the Assembly June 12, 1961

_____
Chief Clerk of the Assembly

Passed the Senate June 8, 1961

_____
Secretary of the Senate

This bill was received by the Governor this __19th__ day of __June__, 1961, at __11__ o'clock __A__ M.

_____
Private Secretary of the Governor

— 3 —

CHAPTER 1615

An act to amend Sections 310, 12500, 12502, 12503, 12506, 12510, 12511, 12512, 12514, 12515, 12517, 12518, 12519, 12800, 12804, 12811, 12813, 12814, 13100, 13550, 13551, 13802, 14605, 14606, 14607, 14900, 16081, 22514, 42230, and the heading of Division 6 (commencing with Section 12500) of, and to repeal Sections 250, 450, 12801, 12812, and 14604 of the Vehicle Code, relating to drivers' licenses.

*The people of the State of California do enact as follows:*

SECTION 1. Section 250 of the Vehicle Code is repealed.

SEC. 2. Section 310 of said code is amended to read:

310. "Driver's license" is a license to drive the type of motor vehicle or combination of vehicles for which a person is licensed under this code.

SEC. 3. Section 450 of said code is repealed.

SEC. 4. The heading of Division 6 (commencing with Section 12500) of said code is amended to read:

DIVISION 6. DRIVERS' LICENSES

SEC. 5. Section 12500 of said code is amended to read:

12500. (a) No person shall drive a motor vehicle upon a highway unless he then holds a driver's license issued under this code, except such persons as are expressly exempted under this code.

(b) A driver's license of any class described in Section 12804 shall entitle the licensee to operate any vehicle or combination of vehicles included within the class for which such license was issued.

SEC. 6. Section 12502 of said code is amended to read:

12502. A nonresident over the age of 21 years having in his immediate possession a valid driver's license issued to him in his home state or country may operate a motor vehicle in this State for not to exceed one year without obtaining a license under this code.

SEC. 7. Section 12503 of said code is amended to read:

12503. A nonresident over the age of 21 years whose home state or country does not require the licensing of drivers may operate a foreign vehicle owned by him for not to exceed 30 days without obtaining a license under this code.

— 12 —

_[signature]_
Speaker of the Assembly
pro Tempore

_[signature]_
President of the Senate

Approved _July 12_____, 1961

FILED                     _[signature]_
In the office of the Secretary of State                    Governor
of the State of California

**JUL 13 1961**

At _10_ o'clock _A_. M.
FRANK M. JORDAN, Secretary of State

By _[signature]_
Assistant Secretary of State