1  Philip Christian Bikle

2  1616 South Varna Street

3  Anaheim, California [92804]

4  Phone: (301) 802-9953

5  Appellant in Pro Per

6

7

8           UNITED STATES COURT OF APPEALS

9               FOR THE NINTH CIRCUIT

10

11 | Philip C. Bikle                              ) Case No. 14-55077

12 |         Plaintiff - Appellant,               ) D.C. No. 8:13-cv-01662-DOC-JPR

13 | v.                                           )

14 | Officer A. Santos, in his individual capacity; ) Request for Judicial Notice

15 | Officer Cathy Hayes, in her individual capacity; ) pursuant to Federal Rules

16 | Doe1-2, in individual capacities;             ) of Evidence (Rule 201(c)(2))

17 | Los Angeles Sheriff's Department;            )

18 | Los Angeles County;                          ) NOTICE #15

19 | City of Lakewood in Los Angeles County;      )

20 |         Defendants                           )

21

**ORIGINAL**

1

1  To all parties, please be advised that plaintiff/appellant, Philip Christian
2  Bikle, In Pro per, moves the court in the above entitled action to take judicial
3  notice of the information within the following selected pages from the California
4  legislative act entitled, "An act to amend sections 310 and 12500 of the vehicle
5  code, relating to drivers' licenses"

_____       _____
  Philip Christian Bikle                                          Date

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

2

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend sections 310 and 12500 of the vehicle code, relating to drivers' licenses"</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____    _____8/25/14_____
Signature                     Date Served

Notary NOT required

<u>Name of party served</u>          <u>Address</u>

Officer A. Santos              Lakewood Station
                               5130 Clark Avenue, Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend sections 310 and 12500 of the vehicle code, relating to drivers' licenses"</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          __8/25/14_____
Signature                                                                Date Served

Notary NOT required

<u>Name of party served</u>                        <u>Address</u>

Officer Cathy Hayes                            Lakewood Station

                                                        5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend sections 310 and 12500 of the vehicle code, relating to drivers' licenses"</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        _____8/25/14_____
Signature                              Date Served

Notary NOT required

<u>Name of party served</u>                <u>Address</u>

City of Lakewood in Los Angeles County   5050 Clark Avenue
                                         Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend sections 310 and 12500 of the vehicle code, relating to drivers' licenses"</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____     _____
Signature                                                    Date Served

Notary NOT required

<u>Name of party served</u>                             <u>Address</u>

Los Angeles County                                 Kenneth Hahn Hall of Administration
                                                             500 W. Temple St.
                                                             Los Angeles, CA 90012

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend sections 310 and 12500 of the vehicle code, relating to drivers' licenses"</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____    _____
Signature                                              Date Served

Notary NOT required

<u>Name of party served</u>                         <u>Address</u>

Los Angeles Sheriff's Department      John L. Scott, Sheriff
                                                              Los Angeles County Sheriff's Department
                                                              4700 Ramona Blvd.
                                                              Monterey Park, CA 91754



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of \_\_\_\_3\_\_\_\_ page(s) is a full, true and correct copy of the original record in the custody of this office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

August 15, 2014

*[signature]*

**DEBRA BOWEN**
**Secretary of State**

74

**Assembly Bill No. 461**

Passed the Assembly March 14, 1963

*[signature]*
*Chief Clerk of the Assembly*

Passed the Senate March 29, 1963

*[signature]*
*Secretary of the Senate*

This bill was received by the Governor this _2nd_ day of _April_, 1963, at _2_ o'clock _P_. M.

*[signature: Adrienne Laussel]*
*Private Secretary of the Governor*

— 3 —

CHAPTER 74

*An act to amend Sections 310 and 12500 of the Vehicle Code, relating to driver's license.*

*The people of the State of California do enact as follows:*

SECTION 1. Section 310 of the Vehicle Code is amended to read:

310. "Driver's license" is a valid license to drive the type of motor vehicle or combination of vehicles for which a person is licensed under this code.

SEC. 2. Section 12500 of said code is amended to read:

12500. (a) No person shall drive a motor vehicle upon a highway unless he then holds a driver's license issued under this code, except such persons as are expressly exempted under this code.

(b) No such person shall drive a motor vehicle or combination of vehicles that is not of a type for which he is licensed.

_[signature]_
Speaker of the Assembly

_[signature]_
President of the Senate

Approved April 11, 1963

_[signature]_
Governor

FILED
In the office of the Secretary of State
of the State of California

APR 11 1963

At 3 o'clock P. M.

FRANK M. JORDAN, Secretary of State

By _[signature]_
Assistant Secretary of State