```
 1  Philip Christian Bikle

 2  1616 South Varna Street

 3  Anaheim, California [92804]

 4  Phone: (301) 802-9953

 5  Appellant in Pro Per

 6

 7

 8             UNITED STATES COURT OF APPEALS

 9                 FOR THE NINTH CIRCUIT

10

11  Philip C. Bikle                    ) Case No. 14-55077
12          Plaintiff - Appellant,     ) D.C. No. 8:13-cv-01662-DOC-JPR
13  v.                                 )
14  Officer A. Santos, in his individual capacity;  ) Request for Judicial Notice
15  Officer Cathy Hayes, in her individual capacity; ) pursuant to Federal Rules
16  Doe1-2, in individual capacities;  ) of Evidence (Rule 201(c)(2))
17  Los Angeles Sheriff's Department;  )
18  Los Angeles County;                ) NOTICE #16
19  City of Lakewood in Los Angeles County; )
20          Defendants                 )
21
```

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
AUG 28 2014
FILED____
DOCKETED____  DATE  INITIAL

ORIGINAL

1

1  To all parties, please be advised that plaintiff/appellant, Philip Christian
2  Bikle, In Pro per, moves the court in the above entitled action to take judicial
3  notice of the information within the following selected pages from the California
4  legislative act entitled, "An act to amend section 305 and 310 of the vehicle code,
5  relating to drivers' licenses"

6  _____    _____8/25/14_____
7  Philip Christian Bikle                                Date

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend section 305 and 310 of the vehicle code, relating to drivers' licenses"</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        _____
Signature                                             Date Served

Notary NOT required

<u>Name of party served</u>                 <u>Address</u>

Officer A. Santos                         Lakewood Station
                                          5130 Clark Avenue, Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend section 305 and 310 of the vehicle code, relating to drivers' licenses"</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____    _____8/25/14_____
Signature                                              Date Served

Notary NOT required

<u>Name of party served</u>            <u>Address</u>

Officer Cathy Hayes                 Lakewood Station
                                    5130 Clark Avenue, Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend section 305 and 310 of the vehicle code, relating to drivers' licenses"</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____           _____8/25/14_____
Signature                                  Date Served

Notary NOT required

<u>Name of party served</u>           <u>Address</u>

Los Angeles County               Kenneth Hahn Hall of Administration
                                 500 W. Temple St.
                                 Los Angeles, CA 90012

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend section 305 and 310 of the vehicle code, relating to drivers' licenses"</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____    8/25/14
Signature                          Date Served

Notary NOT required

<u>Name of party served</u>                <u>Address</u>

City of Lakewood in Los Angeles County    5050 Clark Avenue
                                          Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend section 305 and 310 of the vehicle code, relating to drivers' licenses"</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          8/25/14
Signature                        Date Served

Notary NOT required

<u>Name of party served</u>          <u>Address</u>

Los Angeles Sheriff's Department   John L. Scott, Sheriff
                                   Los Angeles County Sheriff's Department
                                   4700 Ramona Blvd.
                                   Monterey Park, CA 91754

1



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ____3____ page(s) is a full, true and correct copy of the original record in the custody of this office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

August 15, 2014

*[signature: Debra Bowen]*

**DEBRA BOWEN**
**Secretary of State**

2/3
6/24

**Assembly Bill No. 852**

Passed the Assembly May 4, 1971

*[signature]*
Acting Chief Clerk of the Assembly

Passed the Senate June 11, 1971

*Darryl R. White*
Secretary of the Senate

This bill was received by the Governor this __16^TH__ day of __JUNE__, 1971, at __3__ o'clock __P__ M.

*[signature]*
Private Secretary of the Governor

— 3 —

CHAPTER 213

*An act to amend Sections 305 and 310 of the Vehicle Code, relating to drivers' licenses.*

*The people of the State of California do enact as follows:*

SECTION 1. Section 305 of the Vehicle Code is amended to read:

305. A "driver" is a person who drives or is in actual physical control of a vehicle. The term "driver" does not include the tillerman or other person who, in an auxiliary capacity, assists the driver in the steering or operation of any articulated firefighting apparatus.

SEC. 2. Section 310 of the Vehicle Code is amended to read:

310. "Driver's license" is a valid license to drive the type of motor vehicle or combination of vehicles for which a person is licensed under this code or by a foreign jurisdiction.

*[signature: Bob Moretti]*
Speaker of the Assembly

*[signature: James R. Mills]*
pro Tempore      President of the Senate

Approved _____6/24_____, 1971

*[signature: Ronald Reagan]*
Governor

**FILED**
in the office of the Secretary of State
of the State of California

**JUN 25 1971**
At 4:05 o'clock A.M.
EDMUND G. BROWN Jr., Secretary of State
By *[signature: Patricia E. Vail]*
Deputy Secretary of State