Philip Christian Bikle

1616 South Varna Street

Anaheim, California [92804]

Phone: (301) 802-9953

Appellant in Pro Per

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 28 2014

FILED
DOCKETED         DATE         INITIAL

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Philip C. Bikle | ) Case No. 14-55077 |
|     Plaintiff - Appellant, | ) D.C. No. 8:13-cv-01662-DOC-JPR |
| v. | ) |
| Officer A. Santos, in his individual capacity; | ) Request for Judicial Notice |
| Officer Cathy Hayes, in her individual capacity; | ) pursuant to Federal Rules |
| Doe1-2, in individual capacities; | ) of Evidence (Rule 201(c)(2)) |
| Los Angeles Sheriff's Department; | ) |
| Los Angeles County; | ) NOTICE #17 |
| City of Lakewood in Los Angeles County; | ) |
|     Defendants | ) |

ORIGINAL

1

1     To all parties, please be advised that plaintiff/appellant, Philip Christian
2 Bikle, In Pro per, moves the court in the above entitled action to take judicial
3 notice of the information within the following selected pages from the California
4 legislative act entitled, "An act to amend Sections 4000, 12500, 12501, and 14605
5 of the Vehicle Code, relating to vehicles."

        _____        8/25/14
        Philip Christian Bikle                           Date

2

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 4000, 12500, 12501, and 14605 of the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____     _____
Signature                                              Date Served

Notary NOT required

<u>Name of party served</u>                         <u>Address</u>

Officer A. Santos                                  Lakewood Station
                                                            5130 Clark Avenue, Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 4000, 12500, 12501, and 14605 of the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____         _8/25/14_____
Signature                                          Date Served

Notary NOT required

<u>Name of party served</u>              <u>Address</u>

Officer Cathy Hayes                    Lakewood Station

5130 Clark Avenue, Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 4000, 12500, 12501, and 14605 of the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          __8/25/14_____

Signature                                Date Served

Notary NOT required

<u>Name of party served</u>              <u>Address</u>

Los Angeles County                       Kenneth Hahn Hall of Administration
                                         500 W. Temple St.
                                         Los Angeles, CA 90012

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 4000, 12500, 12501, and 14605 of the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        _____8/25/14_____

Signature                                                                      Date Served

Notary NOT required

<u>Name of party served</u>                                   <u>Address</u>

City of Lakewood in Los Angeles County       5050 Clark Avenue

                                                                                 Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 4000, 12500, 12501, and 14605 of the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____    _____
Signature                                                     Date Served    8/25/14

Notary NOT required

<u>Name of party served</u>           <u>Address</u>

Los Angeles Sheriff's Department    John L. Scott, Sheriff
                                    Los Angeles County Sheriff's Department
                                    4700 Ramona Blvd.
                                    Monterey Park, CA 91754

1



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:   Selected Pages, Chapter 621, 1984

That the attached transcript of ___3___ page(s) is a full, true and correct copy of the original record in the custody of this office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

August 15, 2014

**DEBRA BOWEN**
**Secretary of State**

CH 621

## Assembly Bill No. 2283

---

Passed the Assembly August 7, 1984

_____
Acting   Chief Clerk of the Assembly

---

Passed the Senate July 6, 1984

_____
Secretary of the Senate

---

This bill was received by the Governor this 7th day of August, 1984, at 3 o'clock P.M.

_____
Private Secretary of the Governor

10

upon a highway any motor vehicle, as defined in Chapter 2 (commencing with Section 39010) of Part 1 of Division 26 of the Health and Safety Code, which has been registered in violation of Part 5 (commencing with Section 43000) of that Division 26.

(c) This section does not apply, following payment of fees due for registration, during the time that registration and transfer is being withheld by the department pending the investigation of any use tax due under the Revenue and Taxation Code.

(d) When a vehicle is towed by a tow car on order of a sheriff, marshal, or other official acting pursuant to a court order or on order of a peace officer acting pursuant to Chapter 10 (commencing with Section 22650) of Division 11, subdivision (a) of this section does not apply.

SEC. 2. Section 12500 of the Vehicle Code is amended to read:

12500. (a) No person shall drive a motor vehicle upon a highway, unless the person then holds a driver's license issued under this code, except those persons who are expressly exempted under this code.

(b) No person shall drive a motor vehicle or combination of vehicles that is not of a type for which the person is licensed.

(c) No person shall drive a motor vehicle in or upon any offstreet parking facility, unless the person then holds a driver's license of the appropriate class or certification to operate the vehicle. As used in this subdivision, "offstreet parking facility" means any offstreet facility held open for use by the public for parking vehicles and includes any publicly owned facilities for offstreet parking, and privately owned facilities for offstreet parking where no fee is charged for the privilege to park and which are held open for the common public use of retail customers.

SEC. 3. Section 12501 of the Vehicle Code is amended to read:

12501. The following persons are not required to obtain a driver's license:

(a) An officer or employee of the United States, while operating a motor vehicle owned or controlled by the

Approved _August 14_, 1984

_George Deukmejian_
Governor

FILED
In the office of the Secretary of State
of the State of California

AUG 1 5 1984
At 10:50 o'clock A. M.
MARCH FONG EU, Secretary of State
By _Marjorie Hershberger_
Deputy Secretary of State

10