1  Philip Christian Bikle

2  1616 South Varna Street

3  Anaheim, California [92804]

4  Phone: (301) 802-9953

5  Appellant in Pro Per

6

7

8              UNITED STATES COURT OF APPEALS

9                    FOR THE NINTH CIRCUIT

10

11 Philip C. Bikle                           ) Case No. 14-55077

12        Plaintiff - Appellant,             ) D.C. No. 8:13-cv-01662-DOC-JPR

13 v.                                        )

14 Officer A. Santos, in his individual capacity;   ) Request for Judicial Notice

15 Officer Cathy Hayes, in her individual capacity; ) pursuant to Federal Rules

16 Doe1-2, in individual capacities;         ) of Evidence (Rule 201(c)(2))

17 Los Angeles Sheriff's Department;         )

18 Los Angeles County;                       ) NOTICE #18

19 City of Lakewood in Los Angeles County;   )

20 _____Defendants_____)

21                                          **ORIGINAL**

1

1  To all parties, please be advised that plaintiff/appellant, Philip Christian
2  Bikle, In Pro per, moves the court in the above entitled action to take judicial
3  notice of the information within the following selected pages from the California
4  legislative act entitled, "An act to amend Sections 405, 2936, 12500, and 12804.9
5  of, and to add Section 14602.5 to, the Vehicle Code, relating to vehicles."

6  _____   8/25/14
7  Philip Christian Bikle         Date

8
9
10
11
12
13
14
15
16
17
18
19
20
21

2

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 405, 2936, 12500, and 12804.9 of, and to add Section 14602.5 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____       _____8/25/14_____
Signature                       Date Served

Notary NOT required

<u>Name of party served</u>            <u>Address</u>

Officer A. Santos               Lakewood Station
                                5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 405, 2936, 12500, and 12804.9 of, and to add Section 14602.5 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____            ___8/25/14_____
Signature                               Date Served

Notary NOT required

<u>Name of party served</u>                <u>Address</u>

Officer Cathy Hayes                     Lakewood Station

                                        5130 Clark Avenue, Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 405, 2936, 12500, and 12804.9 of, and to add Section 14602.5 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____    _____8/25/14_____
Signature                                         Date Served

Notary NOT required

<u>Name of party served</u>                <u>Address</u>

Los Angeles County                      Kenneth Hahn Hall of Administration
                                        500 W. Temple St.
                                        Los Angeles, CA 90012

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 405, 2936, 12500, and 12804.9 of, and to add Section 14602.5 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          8/25/14
Signature                                 Date Served

Notary NOT required

<u>Name of party served</u>                  <u>Address</u>

City of Lakewood in Los Angeles County     5050 Clark Avenue
                                           Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 405, 2936, 12500, and 12804.9 of, and to add Section 14602.5 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        8/25/14
Signature                                           Date Served

Notary NOT required

<u>Name of party served</u>         <u>Address</u>

Los Angeles Sheriff's Department    John L. Scott, Sheriff
                                    Los Angeles County Sheriff's Department
                                    4700 Ramona Blvd.
                                    Monterey Park, CA 91754

1



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify: Selected Pages, Chapter 1359, 1990

That the attached transcript of ___3___ page(s) is a full, true and correct copy of the original record in the custody of this office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

August 15, 2014

*Debra Bowen*

**DEBRA BOWEN**
**Secretary of State**

1359

Assembly Bill No. 55

Passed the Assembly August 30, 1990

*[signature]*
Chief Clerk of the Assembly

Passed the Senate August 29, 1990

*[signature: Darryl R. White]*
Secretary of the Senate

This bill was received by the Governor this 10th day of Sept, 1990, at 12 o'clock P.M.

*[signature: Margie Gaffney]*
Private Secretary of the Governor

AB 55 —4—

SEC. 2. Section 2936 of the Vehicle Code is amended to read:

2936. (a) The commissioner shall report to the Legislature by January 15 of each year on all of the following:

(1) The condition of the fund.
(2) Identification of any contracts or grants made during the year.
(3) The amount of the grants or contracts.
(4) The services to be provided pursuant to the grants or contracts.
(5) The group or agency contracted with to provide the services.

(b) The commissioner shall conduct a study of the effectiveness of the program as a whole, and the contributions of each component activity, including the effectiveness of instruction, as measured by comparative accident rates of persons completing classes in contrast to persons not having completed classes, together with recommendations as to future courses of action to enhance motorcycle safety. A preliminary report on the study shall be submitted on or before July 1, 1991. Notwithstanding subdivision (a), a final report on the study shall be submitted as part of the regular annual report due to the Legislature pursuant to subdivision (a) which shall be submitted by January 15, 1992.

SEC. 3. Section 12500 of the Vehicle Code is amended to read:

12500. (a) No person shall drive a motor vehicle upon a highway, unless the person then holds a driver's license issued under this code, except those persons who are expressly exempted under this code.

(b) No person shall drive any motorcycle, motor-driven cycle, or motorized bicycle upon a highway, unless the person then holds a driver's license or endorsement issued under this code for that class, except those persons who are expressly exempted under this code, or those persons specifically authorized to operate motorized bicycles with class 3 or class C licenses as specified in subdivision (g) of Section 12804.9.

(c) No person shall drive a motor vehicle or combination of vehicles that is not of a type for which the person is licensed.

—5— AB 55

(d) No person shall drive a motor vehicle in or upon any offstreet parking facility, unless the person then holds a driver's license of the appropriate class or certification to operate the vehicle. As used in this subdivision, "offstreet parking facility" means any offstreet facility held open for use by the public for parking vehicles and includes any publicly owned facilities for offstreet parking, and privately owned facilities for offstreet parking where no fee is charged for the privilege to park and which are held open for the common public use of retail customers.

SEC. 4. Section 12804.9 of the Vehicle Code is amended to read:

12804.9. (a) (1) The examination shall include all of the following:

(A) A test of the applicant's knowledge and understanding of the provisions of this code governing the operation of vehicles upon the highways.

(B) A test of the applicant's ability to read and understand simple English used in highway traffic and directional signs.

(C) A test of the applicant's understanding of traffic signs and signals, including the bikeway signs, markers, and traffic control devices established by the Department of Transportation.

(D) An actual demonstration of the applicant's ability to exercise ordinary and reasonable control in operating a motor vehicle by driving it under the supervision of an examining officer. The applicant shall submit to an examination appropriate to the type of motor vehicle or combination of vehicles he or she desires a license to drive, except that the department may waive the driving test part of the examination of any applicant who holds a valid license issued by another state, territory, or possession of the United States, the District of Columbia, or the Commonwealth of Puerto Rico. The examining officer may request to see evidence of financial responsibility for the vehicle prior to supervising the demonstration of the applicant's ability to operate the

Approved _September 25_, 1990

_George Deukmejian_
Governor

In the office of the Secretary of State

SEP 27 1990

MARCH FONG EU
Secretary of State

1 0