1  Philip Christian Bikle

2  1616 South Varna Street

3  Anaheim, California [92804]

4  Phone: (301) 802-9953

5  Appellant in Pro Per

6

7

8           UNITED STATES COURT OF APPEALS

9               FOR THE NINTH CIRCUIT

10

11 | Philip C. Bikle                          ) Case No. 14-55077

12 |        Plaintiff - Appellant,            ) D.C. No. 8:13-cv-01662-DOC-JPR

13 | v.                                       )

14 | Officer A. Santos, in his individual capacity;   ) Request for Judicial Notice

15 | Officer Cathy Hayes, in her individual capacity; ) pursuant to Federal Rules

16 | Doe1-2, in individual capacities;        ) of Evidence (Rule 201(c)(2))

17 | Los Angeles Sheriff's Department;        )

18 | Los Angeles County;                      ) NOTICE #19

19 | City of Lakewood in Los Angeles County;  )

20 |        Defendants                        )

21

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>" An act to amend Sections 39005 and 81033 of, and to repeal Section 81034 of, the Education Code, to amend Section 14007 of the Government Code, to amend Sections 21602, 99234, and 102051 of the Public Utilities Code, to amend Section 101.8 of, and to add Section 2121 to, the Streets and Highways Code, and to amend Sections 410, 635, 4453, 4461, 4604, 11713.3, 12500, 12502, 12505, 12517.2, 12524, 12802, 12804.2, 12804.7, 12810.5, 12812, 13352, 14606, 15250.5, 15250.6, 15255, 15255.1, 15275, 21456.1, 21801, 22450, 22651, 22658, 23157, 23161, 23166, 23168, 23186, 23195, 34500, 34505.1, 34505.6, 35581, 35780.3, 36305, and 40508 of, and to amend and repeal Sections 12804.9 and 12804.12 of, and to repeal Sections 12804 and 23157 of, the Vehicle Code, relating to transportation, and declaring the urgency thereof, to take effect immediately."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____     _____8/25/14_____
Signature                          Date Served

Notary NOT required

| Name of party served | Address |
|---|---|
| Officer A. Santos | Lakewood Station<br>5130 Clark Avenue, Lakewood, CA 90712 |

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>" An act to amend Sections 39005 and 81033 of, and to repeal Section 81034 of, the Education Code, to amend Section 14007 of the Government Code, to amend Sections 21602, 99234, and 102051 of the Public Utilities Code, to amend Section 101.8 of, and to add Section 2121 to, the Streets and Highways Code, and to amend Sections 410, 635, 4453, 4461, 4604, 11713.3, 12500, 12502, 12505, 12517.2, 12524, 12802, 12804.2, 12804.7, 12810.5, 12812, 13352, 14606, 15250.5, 15250.6, 15255, 15255.1, 15275, 21456.1, 21801, 22450, 22651, 22658, 23157, 23161, 23166, 23168, 23186, 23195, 34500, 34505.1, 34505.6, 35581, 35780.3, 36305, and 40508 of, and to amend and repeal Sections 12804.9 and 12804.12 of, and to repeal Sections 12804 and 23157 of, the Vehicle Code, relating to transportation, and declaring the urgency thereof, to take effect immediately."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____    _____
Signature                  Date Served   8/25/14

Notary NOT required

<u>Name of party served</u>         <u>Address</u>

Officer Cathy Hayes         Lakewood Station

                            5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>" An act to amend Sections 39005 and 81033 of, and to repeal Section 81034 of, the Education Code, to amend Section 14007 of the Government Code, to amend Sections 21602, 99234, and 102051 of the Public Utilities Code, to amend Section 101.8 of, and to add Section 2121 to, the Streets and Highways Code, and to amend Sections 410, 635, 4453, 4461, 4604, 11713.3, 12500, 12502, 12505, 12517.2, 12524, 12802, 12804.2, 12804.7, 12810.5, 12812, 13352, 14606, 15250.5, 15250.6, 15255, 15255.1, 15275, 21456.1, 21801, 22450, 22651, 22658, 23157, 23161, 23166, 23168, 23186, 23195, 34500, 34505.1, 34505.6, 35581, 35780.3, 36305, and 40508 of, and to amend and repeal Sections 12804.9 and 12804.12 of, and to repeal Sections 12804 and 23157 of, the Vehicle Code, relating to transportation, and declaring the urgency thereof, to take effect immediately."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____     _____
Signature                                                                          Date Served    8/25/14

Notary NOT required

<u>Name of party served</u>                        <u>Address</u>

Los Angeles County                          Kenneth Hahn Hall of Administration
                                                           500 W. Temple St.
                                                           Los Angeles, CA 90012

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>" An act to amend Sections 39005 and 81033 of, and to repeal Section 81034 of, the Education Code, to amend Section 14007 of the Government Code, to amend Sections 21602, 99234, and 102051 of the Public Utilities Code, to amend Section 101.8 of, and to add Section 2121 to, the Streets and Highways Code, and to amend Sections 410, 635, 4453, 4461, 4604, 11713.3, 12500, 12502, 12505, 12517.2, 12524, 12802, 12804.2, 12804.7, 12810.5, 12812, 13352, 14606, 15250.5, 15250.6, 15255, 15255.1, 15275, 21456.1, 21801, 22450, 22651, 22658, 23157, 23161, 23166, 23168, 23186, 23195, 34500, 34505.1, 34505.6, 35581, 35780.3, 36305, and 40508 of, and to amend and repeal Sections 12804.9 and 12804.12 of, and to repeal Sections 12804 and 23157 of, the Vehicle Code, relating to transportation, and declaring the urgency thereof, to take effect immediately."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____     _____
Signature                                                    Date Served

Notary NOT required

<u>Name of party served</u>                              <u>Address</u>

City of Lakewood in Los Angeles County       5050 Clark Avenue
                                                                       Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>" An act to amend Sections 39005 and 81033 of, and to repeal Section 81034 of, the Education Code, to amend Section 14007 of the Government Code, to amend Sections 21602, 99234, and 102051 of the Public Utilities Code, to amend Section 101.8 of, and to add Section 2121 to, the Streets and Highways Code, and to amend Sections 410, 635, 4453, 4461, 4604, 11713.3, 12500, 12502, 12505, 12517.2, 12524, 12802, 12804.2, 12804.7, 12810.5, 12812, 13352, 14606, 15250.5, 15250.6, 15255, 15255.1, 15275, 21456.1, 21801, 22450, 22651, 22658, 23157, 23161, 23166, 23168, 23186, 23195, 34500, 34505.1, 34505.6, 35581, 35780.3, 36305, and 40508 of, and to amend and repeal Sections 12804.9 and 12804.12 of, and to repeal Sections 12804 and 23157 of, the Vehicle Code, relating to transportation, and declaring the urgency thereof, to take effect immediately."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____/s/_____    _____8/25/14_____

Signature                               Date Served

Notary NOT required

| Name of party served | Address |
|---|---|
| Los Angeles Sheriff's Department | John L. Scott, Sheriff<br>Los Angeles County Sheriff's Department<br>4700 Ramona Blvd.<br>Monterey Park, CA 91754 |

1

1  To all parties, please be advised that plaintiff/appellant, Philip Christian
2  Bikle, In Pro per, moves the court in the above entitled action to take judicial
3  notice of the information within the following selected pages from the California
4  legislative act entitled, " An act to amend Sections 39005 and 81033 of, and to
5  repeal Section 81034 of, the Education Code, to amend Section 14007 of the
6  Government Code, to amend Sections 21602, 99234, and 102051 of the Public
7  Utilities Code, to amend Section 101.8 of, and to add Section 2121 to, the Streets
8  and Highways Code, and to amend Sections 410, 635, 4453, 4461, 4604, 11713.3,
9  12500, 12502, 12505, 12517.2, 12524, 12802, 12804.2, 12804.7, 12810.5, 12812,
10 13352, 14606, 15250.5, 15250.6, 15255, 15255.1, 15275, 21456.1, 21801, 22450,
11 22651, 22658, 23157, 23161, 23166, 23168, 23186, 23195, 34500, 34505.1,
12 34505.6, 35581, 35780.3, 36305, and 40508 of, and to amend and repeal Sections
13 12804.9 and 12804.12 of, and to repeal Sections 12804 and 23157 of, the Vehicle
14 Code, relating to transportation, and declaring the urgency thereof, to take effect
15 immediately."

16  _____        8/25/14
17  Philip Christian Bikle                Date

2



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:   Selected Pages, Chapter 272, 1993

That the attached transcript of ___5___ page(s) is a full, true and correct copy of the original record in the custody of this office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

August 15, 2014

**DEBRA BOWEN**
**Secretary of State**

Sec/State Form CE-109 (REV 01/2009)

OSP 09 113643

272(u)

# Assembly Bill No. 301

Passed the Assembly July 16, 1993

*[signature]*
Acting Chief Clerk of the Assembly

Passed the Senate July 15, 1993

*[signature]*
Secretary of the Senate

This bill was received by the Governor this 20th day of July, 1993, at 2:00 o'clock P.M.

*[signature]*
Private Secretary of the Governor

1 0

AB 301              —2—

## CHAPTER 272(u)

An act to amend Sections 39005 and 81033 of, and to repeal Section 81034 of, the Education Code, to amend Section 14007 of the Government Code, to amend Sections 21602, 99234, and 102051 of the Public Utilities Code, to amend Section 101.8 of, and to add Section 2121 to, the Streets and Highways Code, and to amend Sections 410, 635, 4453, 4461, 4604, 11713.3, 12500, 12502, 12505, 12517.2, 12524, 12802, 12804.2, 12804.7, 12810.5, 12812, 13352, 14606, 15250.5, 15250.6, 15255, 15255.1, 15275, 21456.1, 21801, 22450, 22651, 22658, 23157, 23161, 23166, 23168, 23186, 23195, 34500, 34505.1, 34505.6, 35581, 35780.3, 36305, and 40508 of, and to amend and repeal Sections 12804.9 and 12804.12 of, and to repeal Sections 12804 and 23157 of, the Vehicle Code, relating to transportation, and declaring the urgency thereof, to take effect immediately.

### LEGISLATIVE COUNSEL'S DIGEST

AB 301, Katz. Transportation: vehicles: Omnibus Transportation Act.

(1) A provision of law which formerly required each county to annually submit to the Department of Transportation any additions or exclusions from its mileage of maintained county highways, was repealed by Chapter 1243 of the Statutes of 1992.

This bill would reinstate that provision.

(2) Under existing law, if a site proposed to be acquired for a community college building is within 2 miles of an airport boundary, the governing board of the community college district is required to give notice of the proposed acquisition to the Board of Governors of the California Community Colleges. The board of governors is required to immediately notify the Division of Aeronautics in the Department of Transportation of the proposed acquisition. The Division of Aeronautics is required to make an investigation and, within 25 days, report to the board of governors. The board of governors is required to investigate the proposed site and, within 30 days, submit a written report and recommendations

or refuse to renew a franchise in violation of Article 4 (commencing with Section 3060) of Chapter 6 of Division 2.

(m) To employ a person as a representative who has not been licensed pursuant to Article 3 (commencing with Section 11900) of Chapter 4 of Division 5.

(n) To deny any dealer the right of free association with any other dealer for any lawful purpose.

(o) To compete with a dealer in the same line-make operating under an agreement or franchise from a manufacturer or distributor in the relevant market area. A manufacturer or distributor shall not, however, be deemed to be competing when operating a dealership either temporarily for a reasonable period, or in a bona fide retail operation which is for sale to any qualified independent person at a fair and reasonable price, or in a bona fide relationship in which an independent person has made a significant investment subject to loss in the dealership and can reasonably expect to acquire full ownership of the dealership on reasonable terms and conditions. A distributor shall not be deemed to be competing when a wholly owned subsidiary corporation of the distributor sells motor vehicles at retail, if, for at least three years prior to January 1, 1973, the subsidiary corporation has been a wholly owned subsidiary of the distributor and engaged in the sale of vehicles at retail.

(p) To unfairly discriminate among its franchisees with respect to warranty reimbursement or authority granted its franchisees to make warranty adjustments with retail customers.

(q) To sell vehicles to persons not licensed under this chapter for resale.

(r) To fail to affix an identification number to any park trailer, as described in subdivision (b) of Section 18010 of the Health and Safety Code, which is manufactured on or after January 1, 1987, and which does not clearly identify the unit as a park trailer to the department. The configuration of the identification number shall be approved by the department.

SEC. 17. Section 12500 of the Vehicle Code is amended to read:

AB 301 — 24 —

12500. (a) No person shall drive a motor vehicle upon a highway, unless the person then holds a driver's license issued under this code, except those persons who are expressly exempted under this code.

(b) No person shall drive any motorcycle, motor-driven cycle, or motorized bicycle upon a highway, unless the person then holds a driver's license or endorsement issued under this code for that class, except those persons who are expressly exempted under this code, or those persons specifically authorized to operate motorized bicycles with a class C licenses as specified in subdivision (g) of Section 12804.9.

(c) No person shall drive a motor vehicle or combination of vehicles that is not of a type for which the person is licensed.

(d) No person shall drive a motor vehicle in or upon any offstreet parking facility, unless the person then holds a driver's license of the appropriate class or certification to operate the vehicle. As used in this subdivision, "offstreet parking facility" means any offstreet facility held open for use by the public for parking vehicles and includes any publicly owned facilities for offstreet parking, and privately owned facilities for offstreet parking where no fee is charged for the privilege to park and which are held open for the common public use of retail customers.

SEC. 18. Section 12502 of the Vehicle Code is amended to read:

12502. (a) The following persons may operate a motor vehicle in this state without obtaining a driver's license under this code:

(1) A nonresident over the age of 18 years having in his or her immediate possession a valid driver's license issued by a foreign jurisdiction of which he or she is a resident, except as provided in Section 12505.

(2) A nonresident having in his or her immediate possession a valid driver's license, issued by the Diplomatic Motor Vehicle Office of the Office of Foreign Missions of the United States Department of State, for the type of motor vehicle or combination of vehicles that the person is operating.

JUL 30 1993

Approved _____, 1993

*Pete Wilson* (signature)

_____
**FILED**                    *Governor*
In the office of the Secretary of State
of the State of California

AUG 0 2 1993

4:43 O'clock P M.
MARCH FONG EU, Secretary of State

*Cynthia J. Pace* (signature)
  Secretary of State

1  0