1  Philip Christian Bikle

2  1616 South Varna Street

3  Anaheim, California [92804]

4  Phone: (301) 802-9953

5  Appellant in Pro Per

6

7

8            UNITED STATES COURT OF APPEALS

9                 FOR THE NINTH CIRCUIT

10

11 Philip C. Bikle                    ) Case No. 14-55077

12        Plaintiff - Appellant,      ) D.C. No. 8:13-cv-01662-DOC-JPR

13 v.                                 )

14 Officer A. Santos, in his individual capacity;   ) Request for Judicial Notice

15 Officer Cathy Hayes, in her individual capacity; ) pursuant to Federal Rules

16 Doe1-2, in individual capacities;               ) of Evidence (Rule 201(c)(2))

17 Los Angeles Sheriff's Department;               )

18 Los Angeles County;                             ) NOTICE #20

19 City of Lakewood in Los Angeles County;         )

20        Defendants                              )

21

*RECEIVED MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS AUG 28 2014 FILED DOCKETED DATE INITIAL*

**ORIGINAL**

1

1  To all parties, please be advised that plaintiff/appellant, Philip Christian
2  Bikle, In Pro per, moves the court in the above entitled action to take judicial
3  notice of the information within the following selected pages from the California
4  legislative act entitled, "An act to amend Section 5220 of the Business and
5  Professions Code, to amend Section 44241 of the Health and Safety Code, and to
6  amend Sections 407, 1808.4, 5004.1, 12500, 12951, 14601.2, 14601.5, 14608,
7  14609, 22511.55, 22511.6, 23302, and 40202 of, to add Section 5902.5 to, and to
8  repeal Section 24016 of, the Vehicle Code, relating to transportation."

_____    _____
Philip Christian Bikle              Date

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Section 5220 of the Business and Professions Code, to amend Section 44241 of the Health and Safety Code, and to amend Sections 407, 1808.4, 5004.1, 12500, 12951, 14601.2, 14601.5, 14608, 14609, 22511.55, 22511.6, 23302, and 40202 of, to add Section 5902.5 to, and to repeal Section 24016 of, the Vehicle Code, relating to transportation."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          ___8/25/14___
Signature                        Date Served

Notary NOT required

<u>Name of party served</u>              <u>Address</u>

Officer A. Santos                Lakewood Station
                                 5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Section 5220 of the Business and Professions Code, to amend Section 44241 of the Health and Safety Code, and to amend Sections 407, 1808.4, 5004.1, 12500, 12951, 14601.2, 14601.5, 14608, 14609, 22511.55, 22511.6, 23302, and 40202 of, to add Section 5902.5 to, and to repeal Section 24016 of, the Vehicle Code, relating to transportation."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        8/25/14
Signature                             Date Served

Notary NOT required

<u>Name of party served</u>                <u>Address</u>

Officer Cathy Hayes                   Lakewood Station
                                      5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Section 5220 of the Business and Professions Code, to amend Section 44241 of the Health and Safety Code, and to amend Sections 407, 1808.4, 5004.1, 12500, 12951, 14601.2, 14601.5, 14608, 14609, 22511.55, 22511.6, 23302, and 40202 of, to add Section 5902.5 to, and to repeal Section 24016 of, the Vehicle Code, relating to transportation."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        \_\_\_\_8/25/14_____

Signature                                                            Date Served

Notary NOT required

<u>Name of party served</u>                         <u>Address</u>

Los Angeles County                         Kenneth Hahn Hall of Administration
                                                              500 W. Temple St.
                                                              Los Angeles, CA 90012

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Section 5220 of the Business and Professions Code, to amend Section 44241 of the Health and Safety Code, and to amend Sections 407, 1808.4, 5004.1, 12500, 12951, 14601.2, 14601.5, 14608, 14609, 22511.55, 22511.6, 23302, and 40202 of, to add Section 5902.5 to, and to repeal Section 24016 of, the Vehicle Code, relating to transportation."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          __8/25/14__
Signature                       Date Served

Notary NOT required

<u>Name of party served</u>                <u>Address</u>

City of Lakewood in Los Angeles County    5050 Clark Avenue
                                          Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: "<u>An act to amend Section 5220 of the Business and Professions Code, to amend Section 44241 of the Health and Safety Code, and to amend Sections 407, 1808.4, 5004.1, 12500, 12951, 14601.2, 14601.5, 14608, 14609, 22511.55, 22511.6, 23302, and 40202 of, to add Section 5902.5 to, and to repeal Section 24016 of, the Vehicle Code, relating to transportation.</u>"

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____     \_\_\_8/25/14_____

Signature                                                              Date Served

Notary NOT required

<u>Name of party served</u>                              <u>Address</u>

Los Angeles Sheriff's Department          John L. Scott, Sheriff
                                                                  Los Angeles County Sheriff's Department
                                                                  4700 Ramona Blvd.
                                                                  Monterey Park, CA 91754

1



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:   Selected Pages, Chapter 1292, 1993

That the attached transcript of ___5___ page(s) is a full, true and correct copy of the original record in the custody of this office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

August 15, 2014

*Debra Bowen*

**DEBRA BOWEN**
**Secretary of State**

Senate Bill No. 274

---

Passed the Senate September 11, 1993

_____
Acting Secretary of the Senate

---

Passed the Assembly September 9, 1993

_____
Acting Chief Clerk of the Assembly

---

This bill was received by the Governor this 23RD day of September, 1993, at 3 o'clock P.M.

_____
Private Secretary of the Governor

1 0

SB 274 —2—

CHAPTER 1292

An act to amend Section 5220 of the Business and Professions Code, to amend Section 44241 of the Health and Safety Code, and to amend Sections 407, 1808.4, 5004.1, 12500, 12951, 14601.2, 14601.5, 14608, 14609, 22511.55, 22511.6, 23302, and 40202 of, to add Section 5902.5 to, and to repeal Section 24016 of, the Vehicle Code, relating to transportation.

LEGISLATIVE COUNSEL'S DIGEST

SB 274, Committee on Transportation. Transportation: records: vehicles: highways.

(1) The Outdoor Advertising Act defines the term "primary highway" to mean any highway, other than an interstate highway, at any time officially designated as part of the federal-aid primary system by the Director of Transportation and approved by the appropriate authority of the federal government.

This bill would change that definition to include any highway, other than an interstate highway, designated as part of the federal-aid primary system in existence on June 1, 1991, and any highway that is not in that system but which is in the National Highway System.

(2) Existing law provides for a specified fee on motor vehicles registered in an air pollution control district or air quality management district, as specified, to implement the California Clean Air Act. Those fee revenues are required to be allocated, among other allocations, to the Bay Area Air Quality Management District to implement specified transportation control projects and programs.

This bill would add to those listed projects and programs, the implementation of an automotive buyback scrappage program.

(3) Existing law defines a "motorized quadricycle" as a four-wheeled device designed to carry not more than 2 persons, including the driver, and having either an electric motor or a motor with an automatic transmission

amended to read:

5004.1. (a) An owner of any vehicle that is a 1962 or older model year vehicle may, after the requirements for the registration of the vehicle have been complied with and with the approval of the department, utilize license plates of this state with the date of year corresponding to the model year date when the vehicle was manufactured, if the model year date license plate is legible and serviceable, as determined by the department, in lieu of the license plates otherwise required by this code. The department may consult with an organization of old car hobbyists in determining whether the date of year of the license plate to be used corresponds to the model year date when the vehicle was manufactured.

(b) A fee of thirty-five dollars ($35) shall be charged for the application for use of the special plates.

(c) In addition to the regular renewal fee for the vehicle for which the plates are authorized, the applicant for a renewal of the plates shall be charged an additional fee of ten dollars ($10). When payment of a regular vehicle renewal fee is not required by this code, the holder of any license plates with a date corresponding to the model year may retain the plates upon payment of an annual fee of twenty dollars ($20), which shall be due at the expiration of the registration year of the vehicle to which the plate was last assigned under this section.

(d) Whenever any person who has been authorized to utilize the special license plates applies to the department for transfer of the plates to another vehicle, a transfer fee of twelve dollars ($12) shall be charged in addition to all other appropriate fees.

SEC. 6. Section 5902.5 is added to the Vehicle Code, to read:

5902.5. Whenever any application for a registration transaction is filed with the department during the 30 days immediately preceding the date of expiration of registration of the vehicle, the application shall be accompanied by the full renewal fees for the ensuing registration year in addition to any other fees that are due and payable.

SEC. 7. Section 12500 of the Vehicle Code, as

amended by Section 17 of Chapter 272 of the Statutes of 1993, is amended to read:

12500. (a) No person shall drive a motor vehicle upon a highway, unless the person then holds a valid driver's license issued under this code, except those persons who are expressly exempted under this code.

(b) No person shall drive any motorcycle, motor-driven cycle, or motorized bicycle upon a highway, unless the person then holds a valid driver's license or endorsement issued under this code for that class, except those persons who are expressly exempted under this code, or those persons specifically authorized to operate motorized bicycles with a valid driver's license of any class, as specified in subdivision (g) of Section 12804.9.

(c) No person shall drive a motor vehicle or combination of vehicles that is not of a type for which the person is licensed.

(d) No person shall drive a motor vehicle in or upon any offstreet parking facility, unless the person then holds a valid driver's license of the appropriate class or certification to operate the vehicle. As used in this subdivision, "offstreet parking facility" means any offstreet facility held open for use by the public for parking vehicles and includes any publicly owned facilities for offstreet parking, and privately owned facilities for offstreet parking where no fee is charged for the privilege to park and which are held open for the common public use of retail customers.

SEC. 8. Section 12951 of the Vehicle Code is amended to read:

12951. (a) The licensee shall have the valid driver's license issued to him or her in his or her immediate possession at all times when driving a motor vehicle upon a highway.

Any charge under this subdivision shall be dismissed when the person charged produces in court a driver's license duly issued to that person and valid at the time of his or her arrest, except that upon a third or subsequent charge the court in its discretion may dismiss the charge. When a temporary, interim, or duplicate driver's license

Approved _____OCT 1 1 1993_____, 1993


_____Pete Wilson_____
                              *Governor*

**FILED**
In the office of the Secretary of State
of the State of California

OCT 1 1 1993
At 11:45 o'clock __P__ M
MARCH FONG EU, Secretary of State
by _____
Deputy Secretary of State

1 0