1  Philip Christian Bikle

2  1616 South Varna Street

3  Anaheim, California [92804]

4  Phone: (301) 802-9953

5  Appellant in Pro Per

6

7

8              UNITED STATES COURT OF APPEALS

9                    FOR THE NINTH CIRCUIT

10

11 | Philip C. Bikle                          ) Case No. 14-55077

12 |        Plaintiff - Appellant,            ) D.C. No. 8:13-cv-01662-DOC-JPR

13 | v.                                       )

14 | Officer A. Santos, in his individual capacity;   ) Request for Judicial Notice

15 | Officer Cathy Hayes, in her individual capacity; ) pursuant to Federal Rules

16 | Doe1-2, in individual capacities;        ) of Evidence (Rule 201(c)(2))

17 | Los Angeles Sheriff's Department;        )

18 | Los Angeles County;                      ) NOTICE #21

19 | City of Lakewood in Los Angeles County;  )

20 |        Defendants                        )

21

**ORIGINAL**

1

1   To all parties, please be advised that plaintiff/appellant, Philip Christian
2   Bikle, In Pro per, moves the court in the above entitled action to take judicial
3   notice of the information within the following selected pages from the California
4   legislative act entitled, "An act to amend sections 15975 and 29535 of the
5   government code, to amend section 99314.6 of, and to add sections 130051.21 and
6   130243 to, the public utilities code, to amend sections 188.8, 348, and 438 of, and
7   to add section 73.3 to, the streets and highways code, and to amend sections 1801,
8   4000, 12500, 12800.5, 12804.14, 21212, 22651, 23136, 23137, 23158.2, and
9   42205 of, and to add Sections 5002.7 and 25282 to, and to repeal section 32108 of,
10  the vehicle code, relating to transportation, and declaring the urgency thereof, to
11  take effect immediately."

_____            _____
Philip Christian Bikle                       Date

2

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend sections 15975 and 29535 of the government code, to amend section 99314.6 of, and to add sections 130051.21 and 130243 to, the public utilities code, to amend sections 188.8, 348, and 438 of, and to add section 73.3 to, the streets and highways code, and to amend sections 1801, 4000, 12500, 12800.5, 12804.14, 21212, 22651, 23136, 23137, 23158.2, and 42205 of, and to add Sections 5002.7 and 25282 to, and to repeal section 32108 of, the vehicle code, relating to transportation, and declaring the urgency thereof, to take effect immediately."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____(signature)_____                    _____8/25/14_____

Signature                                          Date Served

Notary NOT required

<u>Name of party served</u>                        <u>Address</u>

Officer A. Santos                                  Lakewood Station
                                                   5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend sections 15975 and 29535 of the government code, to amend section 99314.6 of, and to add sections 130051.21 and 130243 to, the public utilities code, to amend sections 188.8, 348, and 438 of, and to add section 73.3 to, the streets and highways code, and to amend sections 1801, 4000, 12500, 12800.5, 12804.14, 21212, 22651, 23136, 23137, 23158.2, and 42205 of, and to add Sections 5002.7 and 25282 to, and to repeal section 32108 of, the vehicle code, relating to transportation, and declaring the urgency thereof, to take effect immediately."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        8/25/14
Signature                      Date Served

Notary NOT required

<u>Name of party served</u>        <u>Address</u>

Officer Cathy Hayes            Lakewood Station

                               5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend sections 15975 and 29535 of the government code, to amend section 99314.6 of, and to add sections 130051.21 and 130243 to, the public utilities code, to amend sections 188.8, 348, and 438 of, and to add section 73.3 to, the streets and highways code, and to amend sections 1801, 4000, 12500, 12800.5, 12804.14, 21212, 22651, 23136, 23137, 23158.2, and 42205 of, and to add Sections 5002.7 and 25282 to, and to repeal section 32108 of, the vehicle code, relating to transportation, and declaring the urgency thereof, to take effect immediately."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____     _____
Signature                            Date Served

Notary NOT required

Name of party served          Address

Los Angeles County            Kenneth Hahn Hall of Administration
                              500 W. Temple St.
                              Los Angeles, CA 90012

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend sections 15975 and 29535 of the government code, to amend section 99314.6 of, and to add sections 130051.21 and 130243 to, the public utilities code, to amend sections 188.8, 348, and 438 of, and to add section 73.3 to, the streets and highways code, and to amend sections 1801, 4000, 12500, 12800.5, 12804.14, 21212, 22651, 23136, 23137, 23158.2, and 42205 of, and to add Sections 5002.7 and 25282 to, and to repeal section 32108 of, the vehicle code, relating to transportation, and declaring the urgency thereof, to take effect immediately."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          _____
Signature                                              Date Served: 8/25/14

Notary NOT required

Name of party served                           Address

City of Lakewood in Los Angeles County    5050 Clark Avenue
                                                              Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend sections 15975 and 29535 of the government code, to amend section 99314.6 of, and to add sections 130051.21 and 130243 to, the public utilities code, to amend sections 188.8, 348, and 438 of, and to add section 73.3 to, the streets and highways code, and to amend sections 1801, 4000, 12500, 12800.5, 12804.14, 21212, 22651, 23136, 23137, 23158.2, and 42205 of, and to add Sections 5002.7 and 25282 to, and to repeal section 32108 of, the vehicle code, relating to transportation, and declaring the urgency thereof, to take effect immediately."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____    8/25/14
Signature                          Date Served

Notary NOT required

<u>Name of party served</u>                <u>Address</u>

Los Angeles Sheriff's Department    John L. Scott, Sheriff
                                    Los Angeles County Sheriff's Department
                                    4700 Ramona Blvd.
                                    Monterey Park, CA 91754

1



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:   Selected Pages, Chapter 10, 1996

That the attached transcript of ___5___ page(s) is a full, true and correct copy of the original record in the custody of this office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

August 15, 2014

*Debra Bowen*

**DEBRA BOWEN**
**Secretary of State**

Sec/State Form CE-109 (REV 01/2009)                                        OSP 09 113643

# Assembly Bill No. 1869

Passed the Assembly January 25, 1996

*[signature]*
Acting *Chief Clerk of the Assembly*

Passed the Senate September 15, 1995

*[signature: Stephen W. Hummelt]*
Acting *Secretary of the Senate*

This bill was received by the Governor this 30th day of January, 1996, at 3:30 o'clock P.M.

*[signature]*
*Private Secretary of the Governor*

Corrected 1-29-96

An act to amend Sections 15975 and 29535 of the Government Code, to amend Section 99314.6 of, and to add Sections 130051.21 and 130243 to, the Public Utilities Code, to amend Sections 188.8, 348, and 438 of, and to add Section 73.3 to, the Streets and Highways Code, and to amend Sections 1801, 4000, 12500, 12800.5, 12804.14, 21212, 22651, 23136, 23137, 23158.2, and 42205 of, and to add Sections 5002.7 and 25282 to, and to repeal Section 32108 of, the Vehicle Code, relating to transportation, and declaring the urgency thereof, to take effect immediately.

LEGISLATIVE COUNSEL'S DIGEST

AB 1869, Katz.  Transportation.

(1) Under the Social Service Transportation Improvement Act, transportation planning agencies and county transportation commissions are required to adopt and submit reports to the Director of Transportation on all existing social service transportation services in their respective geographic areas, and were required, not later than December 31, 1981, to adopt and submit to the Secretary of the Business, Transportation and Housing Agency an action plan describing in detail the steps required to accomplish the consolidation of social service transportation services. The action plan includes designating a single agency or multiple agencies as consolidated transportation service agencies.

This bill would provide that in Ventura County, the county transportation commission is the consolidated transportation service agency.

(2) Existing law requires a local transportation commission to be established for each county not within the jurisdiction of a statutorily created regional transportation planning agency or a council of governments. A local transportation commission is required to be comprised of members appointed by the county board of supervisors, members appointed by the

organization is providing emergency roadside assistance to that vehicle. However, the operator of a tow truck providing that assistance to that vehicle is not responsible for the violation of subdivision (a) with respect to that vehicle. The owner of an unregistered vehicle that is disabled and located on private property, shall obtain a permit from the department pursuant to Section 4003 prior to having the vehicle towed on the highway.

(g) For purposes of this section, possession of a California driver's license by the registered owner of a vehicle shall give rise to a rebuttable presumption that the owner is a resident of California.

SEC. 11. Section 5002.7 is added to the Vehicle Code, to read:

5002.7. (a) For any county of over 20,000 square miles in area and 2,855 miles of maintained county roads, any member of the county board of supervisors who is regularly issued a county-owned vehicle may apply to the department for regular series license plates for that vehicle, if a request for that issuance is also made by the county board of supervisors. The application and the request shall be in the manner specified by the department.

(b) Regular series license plates issued pursuant to subdivision (a) shall be surrendered to the department by the board member or administrative officer, as applicable, upon the reassignment of a vehicle, for which those plates have been issued, to a person other than the person who requested those plates.

SEC. 12. Section 12500 of the Vehicle Code is amended to read:

12500. (a) No person shall drive a motor vehicle upon a highway, unless the person then holds a valid driver's license issued under this code, except those persons who are expressly exempted under this code.

(b) No person shall drive any motorcycle, motor-driven cycle, or motorized bicycle upon a highway, unless the person then holds a valid driver's license or endorsement issued under this code for that class, except those persons who are expressly exempted

under this code, or those persons specifically authorized to operate motorized bicycles with a valid driver's license of any class, as specified in subdivision (g) of Section 12804.9.

(c) No person shall drive a motor vehicle in or upon any offstreet parking facility, unless the person then holds a valid driver's license of the appropriate class or certification to operate the vehicle. As used in this subdivision, "offstreet parking facility" means any offstreet facility held open for use by the public for parking vehicles and includes any publicly owned facilities for offstreet parking, and privately owned facilities for offstreet parking where no fee is charged for the privilege to park and which are held open for the common public use of retail customers.

(d) No person shall drive a motor vehicle or combination of vehicles that is not of a type for which the person is licensed.

SEC. 13. Section 12800.5 of the Vehicle Code is amended to read:

12800.5. (a) A license issued after January 1, 1981, shall bear a fullface engraved picture or photograph of the licensee.

(b) A license issued on or after July 1, 1995, including a temporary license issued pursuant to Section 12506, shall bear the following notice: "This license is issued as a license to drive a motor vehicle ; it does not establish eligibility for employment, voter registration, or public benefits."

(c) The department may demand proof of age prior to the issuance of a license.

SEC. 14. Section 12804.14 of the Vehicle Code is amended to read:

12804.14. (a) The department may issue a restricted class A driver's license for the operation of any two-axle vehicle weighing 4,000 pounds or more unladen when towing a livestock trailer exceeding 10,000 pounds, but not exceeding 15,000 pounds gross vehicle weight rating or gross vehicle weight, if all of the following conditions are met:

Approved *February 9*, 1996

*[signature: Pete Wilson]*
Governor

FILED
In the office of the Secretary of State
of the State of California

FEB 0 9 1996

At 4:40 O'clock P M.
BILL JONES, Secretary of State

By *[signature]*
Deputy Secretary of State