1  Philip Christian Bikle

2  1616 South Varna Street

3  Anaheim, California [92804]

4  Phone: (301) 802-9953

5  Appellant in Pro Per

6

7

8           UNITED STATES COURT OF APPEALS

9                FOR THE NINTH CIRCUIT

10

11 Philip C. Bikle                    ) Case No. 14-55077

12        Plaintiff - Appellant,      ) D.C. No. 8:13-cv-01662-DOC-JPR

13 v.                                 )

14 Officer A. Santos, in his individual capacity;   ) Request for Judicial Notice

15 Officer Cathy Hayes, in her individual capacity; ) pursuant to Federal Rules

16 Doe1-2, in individual capacities;  ) of Evidence (Rule 201(c)(2))

17 Los Angeles Sheriff's Department;  )

18 Los Angeles County;                ) NOTICE #22

19 City of Lakewood in Los Angeles County; )

20 _____Defendants_____)

21

*RECEIVED*
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 28 2014

FILED_____
DOCKETED_____ DATE ___ INITIAL

COPY

1

1  To all parties, please be advised that plaintiff/appellant, Philip Christian
2  Bikle, In Pro per, moves the court in the above entitled action to take judicial
3  notice of the information within the following selected pages from the California
4  legislative act entitled, "An act to amend Sections 260 and 15210 of, and to add
5  Section 35103 to, the Vehicle Code, relating to vehicles."

_____       8/25/14
Philip Christian Bikle        Date

2

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 260 and 15210 of, and to add Section 35103 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_/s/ AMM_             _8/25/14_

Signature             Date Served

Notary NOT required

| <u>Name of party served</u> | <u>Address</u> |
|---|---|
| Officer A. Santos | Lakewood Station<br>5130 Clark Avenue, Lakewood, CA 90712 |

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 260 and 15210 of, and to add Section 35103 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          8/25/14
Signature                          Date Served

Notary NOT required

<u>Name of party served</u>           <u>Address</u>

Officer Cathy Hayes                Lakewood Station
                                   5130 Clark Avenue, Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 260 and 15210 of, and to add Section 35103 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          ___3/25/14___
Signature                        Date Served

Notary NOT required

<u>Name of party served</u>          <u>Address</u>

Los Angeles County                Kenneth Hahn Hall of Administration
                                  500 W. Temple St.
                                  Los Angeles, CA 90012

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 260 and 15210 of, and to add Section 35103 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        8/25/14
Signature                            Date Served

Notary NOT required

<u>Name of party served</u>                <u>Address</u>

City of Lakewood in Los Angeles County    5050 Clark Avenue
                                          Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 260 and 15210 of, and to add Section 35103 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        ___8/2×/14___
Signature                                       Date Served

Notary NOT required

<u>Name of party served</u>            <u>Address</u>

Los Angeles Sheriff's Department    John L. Scott, Sheriff
                                     Los Angeles County Sheriff's Department
                                     4700 Ramona Blvd.
                                     Monterey Park, CA 91754

1848                    STATUTES OF 2003                    [Ch. 222]

CHAPTER 222

An act to amend Sections 260 and 15210 of, and to add Section 35103 to, the Vehicle Code, relating to vehicles.

[Approved by Governor August 9, 2003. Filed with
Secretary of State August 11, 2003.]

*The people of the State of California do enact as follows:*

SECTION 1.  Section 260 of the Vehicle Code is amended to read:
260.  (a) A "commercial vehicle" is a motor vehicle of a type required to be registered under this code used or maintained for the transportation of persons for hire, compensation, or profit or designed, used, or maintained primarily for the transportation of property.
(b) Passenger vehicles and house cars that are not used for the transportation of persons for hire, compensation, or profit are not commercial vehicles. This subdivision shall not apply to Chapter 4 (commencing with Section 6700) of Division 3.
(c) Any vanpool vehicle is not a commercial vehicle.
(d) The definition of a commercial vehicle in this section does not apply to Chapter 7 (commencing with Section 15200) of Division 6.
SEC. 2.  Section 15210 of the Vehicle Code is amended to read:
15210.  Notwithstanding any other provision of this code, as used in this chapter:
(a) "Commercial driver's license" means a driver's license issued by a state or other jurisdiction, in accordance with the standards contained in Part 383 of Title 49 of the Code of Federal Regulations, which authorizes the licenseholder to operate a class or type of commercial motor vehicle.
(b) (1) "Commercial motor vehicle" means any vehicle or combination of vehicles which requires a class A or class B license, or a class C license with an endorsement issued pursuant to paragraph (4) of subdivision (a) of Section 15278.
(2) "Commercial motor vehicle" does not include any of the following:
(A) A recreational vehicle, as defined in Section 18010 of the Health and Safety Code.
(B) Military equipment operated by noncivilian personnel, which is owned or operated by the United States Department of Defense, including the National Guard, as provided in Parts 383 and 391 of Title 49 of the Code of Federal Regulations.
(C) An implement of husbandry operated by a person who is not required to obtain a driver's license under this code.