1  Philip Christian Bikle

2  1616 South Varna Street

3  Anaheim, California [92804]

4  Phone: (301) 802-9953

5  Appellant in Pro Per

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 28 2014

FILED_____
DOCKETED____  DATE    INITIAL

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Philip C. Bikle | ) Case No. 14-55077 |
| Plaintiff - Appellant, | ) D.C. No. 8:13-cv-01662-DOC-JPR |
| v. | ) |
| Officer A. Santos, in his individual capacity; | ) Request for Judicial Notice |
| Officer Cathy Hayes, in her individual capacity; | ) pursuant to Federal Rules |
| Doe1-2, in individual capacities; | ) of Evidence (Rule 201(c)(2)) |
| Los Angeles Sheriff's Department; | ) |
| Los Angeles County; | ) NOTICE #23 |
| City of Lakewood in Los Angeles County; | ) |
| Defendants | ) |

ORIGINAL

1

1   To all parties, please be advised that plaintiff/appellant, Philip Christian Bikle, In Pro per, moves the court in the above entitled action to take judicial notice of the information within the following selected pages from the California legislative act entitled, "An act to amend Sections 407.5, 12500, 12509, 12804.9, 21225, and 21235 of, and to add Section 21226 to, the Vehicle Code, relating to vehicles."

_____     _8/25/14_
Philip Christian Bikle                Date

2

**CERTIFICATE OF SERVICE**

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 407.5, 12500, 12509, 12804.9, 21225, and 21235 of, and to add Section 21226 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          8/25/14
Signature                          Date Served

Notary NOT required

<u>Name of party served</u>              <u>Address</u>
Officer A. Santos                  Lakewood Station
                                   5130 Clark Avenue, Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 407.5, 12500, 12509, 12804.9, 21225, and 21235 of, and to add Section 21226 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        ____8/26/14____

Signature                                              Date Served

Notary NOT required

<u>Name of party served</u>               <u>Address</u>

Officer Cathy Hayes                       Lakewood Station

                                                       5130 Clark Avenue, Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 407.5, 12500, 12509, 12804.9, 21225, and 21235 of, and to add Section 21226 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____         _____
Signature                                                  Date Served  8/25/14

Notary NOT required

<u>Name of party served</u>          <u>Address</u>

Los Angeles County                 Kenneth Hahn Hall of Administration
                                   500 W. Temple St.
                                   Los Angeles, CA 90012

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 407.5, 12500, 12509, 12804.9, 21225, and 21235 of, and to add Section 21226 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          8/25/14
Signature                                Date Served

Notary NOT required

<u>Name of party served</u>                 <u>Address</u>

City of Lakewood in Los Angeles County    5050 Clark Avenue
                                          Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 407.5, 12500, 12509, 12804.9, 21225, and 21235 of, and to add Section 21226 to, the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____     8/27/14
Signature                   Date Served

Notary NOT required

| Name of party served | Address |
|---|---|
| Los Angeles Sheriff's Department | John L. Scott, Sheriff<br>Los Angeles County Sheriff's Department<br>4700 Ramona Blvd.<br>Monterey Park, CA 91754 |



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:  Selected Pages, Chapter 755, 2004

That the attached transcript of ___5___ page(s) is a full, true and correct copy of the original record in the custody of this office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

August 15, 2014

*[signature]*

**DEBRA BOWEN**
**Secretary of State**

Sec/State Form CE-109 (REV 01/2009)                                    OSP 09 113643

Chapter 755
w/mcs

**Assembly Bill No. 1878**

---

Passed the Assembly    August 25, 2004

*[signature]*
Acting Chief Clerk of the Assembly

---

Passed the Senate    August 24, 2004

*[signature]*
Secretary of the Senate

---

This bill was received by the Governor this 8th day of September, 2004, at 3 o'clock P.M.

*[signature]* Pamela K. Oto
Private Secretary of the Governor

CHAPTER 755

An act to amend Sections 407.5, 12500, 12509, 12804.9, 21225, and 21235 of, and to add Section 21226 to, the Vehicle Code, relating to vehicles.

LEGISLATIVE COUNSEL'S DIGEST

AB 1878, Chan.   Motor scooters.

(1) Existing law requires a manufacturer of motorized scooters, as defined, to provide each buyer of those scooters with a specified disclosure regarding insurance policies and related coverage.

This bill would revise the definition of motorized scooters, and would additionally require those manufacturers to provide a specified disclosure to those buyers that advises the buyers that they may not modify or alter the exhaust system to cause it to be amplified or create an excessive noise in violation of noise restrictions and muffler requirements imposed by the bill, or to cause it to fail to meet applicable emission requirements.

(2) Existing law prohibits operating a motorized scooter without certain equipment or in certain manners.

This bill would prohibit a person from operating a motorized scooter that is powered by a source other than electrical power, both on a highway and off-highway, unless that motorized scooter has a muffler, in constant operation and properly maintained, that meets the requirements of this bill.

(3) Under existing law, a person may not operate a motorized scooter when the operator is under the age of 16 years.

This bill instead would prohibit a person from operating a motorized scooter unless that person holds a valid class C driver's license or instruction permit.

This bill would also prohibit a person from modifying or altering the exhaust system of a motorized scooter in violation of noise restrictions and muffler requirements imposed by the bill.

(4) Existing law specifies that the statutes governing motorized scooters do not prevent a city or county, by ordinance, from regulating, among other things, the parking and operation of motorized scooters on pedestrian or bicycle facilities if that regulation is not in conflict with the Vehicle Code.

93

(2) The disclosure required under paragraph (1) shall meet both of the following requirements:

(A) The disclosure shall be printed in not less than 14-point boldface type on a single sheet of paper that contains no information other than the disclosure.

(B) The disclosure shall include the following language in capital letters:

"YOU MAY NOT MODIFY OR ALTER THE EXHAUST SYSTEM OF THIS SCOOTER TO CAUSE IT TO AMPLIFY OR CREATE EXCESSIVE NOISE PER VEHICLE CODE SECTION 21226, OR TO FAIL TO MEET APPLICABLE EMISSION REQUIREMENTS PER VEHICLE CODE 27156."

(e) This section shall become operative on January 1, 2008.

SEC. 3. Section 12500 of the Vehicle Code is amended to read:

12500. (a) A person may not drive a motor vehicle upon a highway, unless the person then holds a valid driver's license issued under this code, except those persons who are expressly exempted under this code.

(b) A person may not drive a motorcycle, motor-driven cycle, or motorized bicycle upon a highway, unless the person then holds a valid driver's license or endorsement issued under this code for that class, except those persons who are expressly exempted under this code, or those persons specifically authorized to operate motorized bicycles or motorized scooters with a valid driver's license of any class, as specified in subdivision (g) of Section 12804.9.

(c) A person may not drive a motor vehicle in or upon any offstreet parking facility, unless the person then holds a valid driver's license of the appropriate class or certification to operate the vehicle. As used in this subdivision, "offstreet parking facility" means any offstreet facility held open for use by the public for parking vehicles and includes any publicly owned facilities for offstreet parking, and privately owned facilities for offstreet parking where no fee is charged for the privilege to park and which are held open for the common public use of retail customers.

(d) A person may not drive a motor vehicle or combination of vehicles that is not of a type for which the person is licensed.

(e) A motorized scooter operated on public streets shall at all times be equipped with an engine that complies with the applicable State Air Resources Board emission requirements.

SEC. 4. Section 12509 of the Vehicle Code is amended to read:

12509. (a) Except as otherwise provided in subdivision (f) of Section 12514, the department, for good cause, may issue an instruction permit to any physically and mentally qualified person who meets one of the following requirements and who applies to the department for an instruction permit:

(1) Is age 15 years and 6 months or over, and has successfully completed approved courses in automobile driver education and driver training as provided in paragraph (3) of subdivision (a) of Section 12814.6.

(2) Is age 15 years and 6 months or over, and has successfully completed an approved course in automobile driver education and is taking driver training as provided in paragraph (3) of subdivision (a) of Section 12814.6.

(3) Is age 15 years and 6 months and enrolled and participating in an integrated driver education program as provided in subparagraph (B) of paragraph (3) of subdivision (a) of Section 12814.6.

(4) Is over the age of 16 years and is applying for a restricted driver's license pursuant to Section 12814.7.

(5) Is over the age of 17 years and 6 months.

(b) The applicant shall qualify for, and be issued, an instruction permit within 12 months from the date of the application.

(c) An instruction permit issued pursuant to subdivision (a) shall entitle the applicant to operate a vehicle, subject to the limitations imposed by this section and any other provisions of law, upon the highways for a period not exceeding 24 months from the date of the application.

(d) Except as provided in Section 12814.6, a person, while having in his or her immediate possession a valid permit issued pursuant to paragraphs (1) to (3), inclusive, of subdivision (a), may operate a motor vehicle, other than a motorcycle, motorized scooter, or a motorized bicycle, when accompanied by, and under the immediate supervision of, a California licensed driver with a

**FILED**
In the office of the Secretary of State
of the State of California

SEP 2 4 2004

At 3:15 O'Clock P M.
KEVIN SHELLEY, Secretary of State
By _Marena_____
Deputy Secretary of State

Approved ___SEP 24 2004___, 2004

_[signature]_
Governor