Philip Christian Bikle

1616 South Varna Street

Anaheim, California [92804]

Phone: (301) 802-9953

Appellant in Pro Per

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 28 2014

FILED_____
DOCKETED_____
            DATE        INITIAL

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Philip C. Bikle | ) Case No. 14-55077 |
|       Plaintiff - Appellant, | ) D.C. No. 8:13-cv-01662-DOC-JPR |
| v. | ) |
| Officer A. Santos, in his individual capacity; | ) Request for Judicial Notice |
| Officer Cathy Hayes, in her individual capacity; | ) pursuant to Federal Rules |
| Doe1-2, in individual capacities; | ) of Evidence (Rule 201(c)(2)) |
| Los Angeles Sheriff's Department; | ) |
| Los Angeles County; | ) NOTICE #24 |
| City of Lakewood in Los Angeles County; | ) |
|       Defendants | ) |

ORIGINAL

1

To all parties, please be advised that plaintiff/appellant, Philip Christian Bikle, In Pro per, moves the court in the above entitled action to take judicial notice of the information within the following selected pages from the California legislative act entitled, "An act to amend Sections 1804, 5002.7, 12500, 12810.5, 12811, 13005, 15210, 22450, and 22452 of the Vehicle Code, relating to vehicles."

_____    _____
Philip Christian Bikle                Date

2

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 1804, 5002.7, 12500, 12810.5, 12811, 13005, 15210, 22450, and 22452 of the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____        _____8/25/14_____
Signature                                     Date Served

Notary NOT required

<u>Name of party served</u>           <u>Address</u>

Officer A. Santos                      Lakewood Station
                                                5130 Clark Avenue, Lakewood, CA 90712

1

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 1804, 5002.7, 12500, 12810.5, 12811, 13005, 15210, 22450, and 22452 of the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          _8/25/14_____
Signature                        Date Served

Notary NOT required

<u>Name of party served</u>               <u>Address</u>

Officer Cathy Hayes              Lakewood Station

                                 5130 Clark Avenue, Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 1804, 5002.7, 12500, 12810.5, 12811, 13005, 15210, 22450, and 22452 of the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____    ___8/25/14___

Signature                          Date Served

Notary NOT required

<u>Name of party served</u>        <u>Address</u>

Los Angeles County              Kenneth Hahn Hall of Administration
                                500 W. Temple St.
                                Los Angeles, CA 90012

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 1804, 5002.7, 12500, 12810.5, 12811, 13005, 15210, 22450, and 22452 of the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____    _____8/25/14_____
Signature                   Date Served

Notary NOT required

<u>Name of party served</u>              <u>Address</u>

City of Lakewood in Los Angeles County    5050 Clark Avenue
                                          Lakewood, CA 90712

# CERTIFICATE OF SERVICE

Case Name: <u>Philip Bikle v. A. Santos, et al</u>

9th Cir. Case No.: <u>14-55077</u>

I certify that 2 copies of the document: <u>"An act to amend Sections 1804, 5002.7, 12500, 12810.5, 12811, 13005, 15210, 22450, and 22452 of the Vehicle Code, relating to vehicles."</u>

(title of document you are filing)

and any attachments was served, either in person or by mail, on the persons listed below.

_____          ___8/25/14___

Signature                                  Date Served

Notary NOT required

<u>Name of party served</u>                 <u>Address</u>

Los Angeles Sheriff's Department          John L. Scott, Sheriff
                                          Los Angeles County Sheriff's Department
                                          4700 Ramona Blvd.
                                          Monterey Park, CA 91754

1



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:  Selected Pages, Chapter 630, 2007

That the attached transcript of ____4____ page(s) is a full, true and correct copy of the original record in the custody of this office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

August 15, 2014

*[signature: Debra Bowen]*

**DEBRA BOWEN**
**Secretary of State**

## Assembly Bill No. 1728

Passed the Assembly September 12, 2007

_____
Chief Clerk of the Assembly

Passed the Senate September 11, 2007

_____
Acting Secretary of the Senate

This bill was received by the Governor this **1ST** day of **OCTOBER**, 2007, at **3:45** o'clock **P.** M.

_____
Private Secretary of the Governor

CHAPTER _____

An act to amend Sections 1804, 5002.7, 12500, 12810.5, 12811, 13005, 15210, 22450, and 22452 of the Vehicle Code, relating to vehicles.

LEGISLATIVE COUNSEL'S DIGEST

AB 1728, Committee on Transportation. Vehicles.

(1) Existing law requires every clerk of a court in which a person was convicted of a violation of the Vehicle Code, or specified sections of other codes, to prepare an abstract of the record of the court covering the case in which the person was convicted. Existing law requires the abstract to indicate whether the vehicle involved was of a type requiring the driver to have a driver's license endorsement authorizing the operation of a tank vehicle.

This bill instead would require the abstract to indicate whether the vehicle involved was of a type requiring the driver to have a driver's license endorsement authorizing the operation of a vehicle carrying hazardous materials, rather than a tank vehicle.

(2) Existing law authorizes certain county officials who are regularly issued a county-owned vehicle, in a county of over 20,000 square miles in area, to apply to the Department of Motor Vehicles for regular series license plates for that vehicle if a request for that issuance is also made by the county board of supervisors.

This bill would, additionally, authorize the county assessor to apply to the department for regular series license plates.

(3) Under existing law, a person who holds a class A or class B driver's license and an endorsement authorizing the operation of a tank vehicle is exempt from being presumed to be a prima facie negligent operator based on that person being found at a hearing to have a driving record violation point count of 6 or more points in 12 months, 8 or more points in 24 months, or 10 or more points in 36 months.

The bill instead would exempt a person who holds a class A or class B driver's license and an endorsement authorizing the operation of a vehicle carrying hazardous materials, rather than a tank vehicle, from the application of the presumption.

application and the request shall be in the manner specified by the department.

(b) Regular series license plates issued pursuant to subdivision (a) shall be surrendered to the department by the board member or administrative officer, as applicable, upon the reassignment of a vehicle, for which those plates have been issued, to a person other than the person who requested those plates.

SEC. 3. Section 12500 of the Vehicle Code is amended to read:

12500. (a) A person may not drive a motor vehicle upon a highway, unless the person then holds a valid driver's license issued under this code, except those persons who are expressly exempted under this code.

(b) A person may not drive a motorcycle, motor-driven cycle, or motorized bicycle upon a highway, unless the person then holds a valid driver's license or endorsement issued under this code for that class, except those persons who are expressly exempted under this code, or those persons specifically authorized to operate motorized bicycles or motorized scooters with a valid driver's license of any class, as specified in subdivision (h) of Section 12804.9.

(c) A person may not drive a motor vehicle in or upon any offstreet parking facility, unless the person then holds a valid driver's license of the appropriate class or certification to operate the vehicle. As used in this subdivision, "offstreet parking facility" means any offstreet facility held open for use by the public for parking vehicles and includes any publicly owned facilities for offstreet parking, and privately owned facilities for offstreet parking where no fee is charged for the privilege to park and which are held open for the common public use of retail customers.

(d) A person may not drive a motor vehicle or combination of vehicles that is not of a type for which the person is licensed.

(e) A motorized scooter operated on public streets shall at all times be equipped with an engine that complies with the applicable State Air Resources Board emission requirements.

SEC. 4. Section 12810.5 of the Vehicle Code is amended to read:

12810.5. (a) Except as otherwise provided in subdivision (b), a person whose driving record shows a violation point count of four or more points in 12 months, six or more points in 24 months, or eight or more points in 36 months shall be prima facie presumed

FILED
in the office of the Secretary of State
of the State of California

OCT 13 2007

At 10:15 O'Clock A M.
DEBRA BOWEN, Secretary of State

By _____
Deputy Secretary of State

OCT 13 2007

Approved _____, 2007

_____
Governor